UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | EDCV 16-00355-VAP (DTBx) | Date | June 27, 2016 |
|---|---|---|---|
| Title | *George Topete v. County of San Bernardino* | | |

Present: The Honorable  VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Wendy Rogers | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Donald Specter | Martin H. Dodd |

**Proceedings:**   SCHEDULING CONFERENCE

Court and counsel confer re case and settlement status. The parties elect to proceed with Settlement Procedure No. 3, to appear before a private mediator.

Plaintiff's motion for class certification to be filed not later than September 12, 2016; opposition, if any, shall be filed not later than September 26, 2016; reply to be filed by October 11, 2016; hearing on plaintiff's motion for class certification is set for October 24, 2016, at 2:00 p.m.

*cc:*   *ADR Program*