| | |
|---|---|
| DONALD SPECTER (83925)<br>MARGOT MENDELSON (268583)<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br>dspecter@prisonlaw.com<br>mmendelson@prisonlaw.com<br><br>*Attorneys for Plaintiffs, on behalf of themselves and others similarly situated* | FUTTERMAN DUPREE DODD CROLEY MAIER LLP<br>MARTIN H. DODD (104363)<br>JAMIE L. DUPREE (158105)<br>JAIME G. TOUCHSTONE (233187)<br>180 Sansome Street, 17th Floor<br>San Francisco, California 94104<br>Telephone: (415) 399-3840<br>Fax: (415) 399-3838<br>mdodd@fddcm.com<br>jdupree@fddcm.com<br>jtouchstone@fddcm.com<br><br>*Attorneys for Defendant San Bernardino County* |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHSHUN TURNER, MONIQUE LEWIS, JOSHUA MILLS, AND JAIME JARAMILLO,<br>on behalf of themselves and all others similarly situated,<br>*Plaintiffs*,<br>v.<br>COUNTY OF SAN BERNARDINO,<br>*Defendant*. | Case No. 5:16-cv-00355-VAP-DTB<br>**CLASS ACTION**<br>**JOINT STIPULATION OF FACTS**<br>Judge: Hon. Virginia A. Phillips |

It is hereby stipulated, by and between the respective parties, that:

1. By custom and practice, the County houses inmates in restrictive housing units.

2. Currently, there are approximately 200 prisoners in the restrictive housing units in the County's jails.

3. Prisoners in restrictive housing units have limited access to programs and both indoor and outdoor exercise.

4. Prisoners may remain in restrictive housing unit cells for months or years at a time, however, policy requires that their classification status be reviewed every 90 days to determine whether they are suitable for a less restrictive housing environment.

5. Medical, Dental, and Mental health staff ultimately report to the Sheriff's Department Health Services Administrator. Attached as Exhibit A to the Declaration of Donald Specter is an organizational chart for jail Medical, Dental, and Mental Health staff. Medical, Dental and Mental health staff is subject to centralized accountability and disciplinary process.

6. Medical, Dental, and Mental health staff receive training on policies relevant to their respective disciplinary processes.

7. The County's centralized policies for Mental Health staff govern case management, treatment planning, admission and discharge, suicide prevention, mental health crises care, medication management and monitoring, and the use of restraints and seclusion, among other things.

8. The County's centralized medical and dental policies govern medical screening, treatment of chronic conditions, medication administration, infectious disease control, access to dental services, emergency dental and medical services, and dental triage and scheduling, among other things.

9. Custody staff, including deputies, are subject to a central chain of command and report to the Sheriff's Department. Attached as Exhibit B to the Declaration of Donald Specter is an organizational chart for the Sheriff's Department, including the County jail

system.

10. Custody officers receive standard training according to a curriculum developed or approved by the County.

11. The Board of State and Community Corrections approves the Standards and Training for Corrections curriculum and audits the County's training curriculum.

12. Custody operations are governed by centralized policies and procedures that address, among other things, the use of force, classification procedures, and escort and transportation practices in the jail facilities.

13. The jail's custodial policies are approved by the Sheriff or the Deputy Chief of Corrections.

Respectfully submitted,

Dated: December 1, 2016     PRISON LAW OFFICE

By: /s/ Margot Mendelson
DONALD SPECTER
MARGOT MENDELSON
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704
*Attorneys for Plaintiffs*

Dated: December 1, 2016     SAN BERNARDINO COUNTY

By: /s/ Martin Dodd
MARTIN DODD
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Fax: (415) 399-3838
*Attorneys for Defendant*

I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Margot Mendelson
Margot Mendelson
*Attorneys for Plaintiffs*

2.     JOINT STIPULATION OF FACTS
NO. 5:16-CV-00355-VAP-DTB