UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **ED 16CV00355 VAP (DTBx)** | Date | 1/23/2017 |
|---|---|---|---|
| Title | *Rahshun Turner, et al  v.  County of San Bernardino* | | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | C. Nirenberg |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Margot Mendelson | Martin H. Dodd |

**Proceedings:**   JOINT MOTION FOR CLASS CERTIFICATION;  [DOC. NO. **44**]

Matter called.  Counsel of record present.  Court issues a tentative ruling, hears oral argument and takes the matter under submission.  Court directs counsel to proceed with mediation proceedings as prescribed on the record.

**IT IS SO ORDERED.**