| | |
|---|---|
| DONALD SPECTER (SBN 83925) | MARTIN H. DODD (104363) |
| dspecter@prisonlaw.com | mdodd@fddcm.com |
| MARGOT MENDELSON (SBN 268583) | JAMIE L. DUPREE (158105) |
| mmendelson@prisonlaw.com | jdupree@fddcm.com |
| PRISON LAW OFFICE | JAIME G. TOUCHSTONE (233187) |
| 1917 Fifth Street | jtouchstone@fddcm.com |
| Berkeley, California 94710 | FUTTERMAN DUPREE DODD CROLEY |
| Telephone: (510) 280-2621 | MAIER LLP |
| Fax: (510) 280-2704 | 180 Sansome Street, 17th Floor |
| | San Francisco, California 94104 |
| Attorneys for Plaintiff, *on behalf of himself and others similarly situated* | Telephone: (415) 399-3840 |
| | Facsimile: (415) 399-3838 |
| | |
| | *Attorneys for Defendant* |
| | *San Bernardino County* |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| RAHSHUN TURNER, on behalf of himself and all others similarly situated, *Plaintiff*, v. COUNTY OF SAN BERNARDINO, *Defendant*. | Case No. 5:16−cv−00355−VAP−DTB [PROPOSED] ORDER |

1  A Status Conference in the above-captioned matter will be held on March 5, 2018 at
2  2:30 p.m.  IT IS SO ORDERED.
3
4
   _____
5  THE HONORABLE VIRGINIA A. PHILLIPS
   United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**