DONALD SPECTER (83925)
dspecter@prisonlaw.com
MARGOT MENDELSON (268583)
mmendelson@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

*Attorneys for Plaintiffs
On behalf of themselves and others similarly situated*

MARTIN H. DODD (104363)
mdodd@fddcm.com
JAMIE L. DUPREE (158105)
jdupree@fddcm.com
JAIME G. TOUCHSTONE (233187)
jtouchstone@fddcm.com
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery St., Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

In Association with:
MILES KOWALSKI, Deputy County Counsel (257269)
Miles.Kowalski@cc.sbcounty.gov
MICHELLE BLAKEMORE, County Counsel (110474)
385 North Arrowhead Avenue, 4th Fl.
San Bernardino, CA 92415-0140
Telephone: (909) 387-5455
Facsimile: (909) 387-3070

*Attorneys for Defendant
San Bernardino County*

FILED
CLERK, U.S. DISTRICT COURT
MAR 23, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| RAHSHUN TURNER, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, <br><br> *Defendant.* | Case No. 5:16-CV-00355-VAP (DTBx) <br><br> **[PROPOSED] ORDER SHORTENING TIME TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF CONSENT DECREE AND NOTICE TO THE CLASS** <br><br> **Hearing Date: April 16, 2018** <br> **Time: 2:00 p.m.** <br><br> **District Court Judge Virginia A. Phillips** <br> **Magistrate Judge David T. Bristow** |

The Court, having considered the Stipulation of the parties for an Order Shortening the Time within which to file their Joint Motion for Preliminary Approval of Consent Decree and Notice to the Class ("Joint Motion") and good cause appearing, hereby GRANTS the Order.

1

1  The parties shall file the Joint Motion no later than March 29, 2018 and the
2  Joint Motion shall be heard simultaneously with the status conference scheduled in
3  this matter for April 16, 2018 at 2:00 p.m.
4      So Ordered.

5

6  Date: March 23, 2018

                                                       *Virginia A. Phillips*
                                          Honorable Virginia A. Phillips
                                          Chief United States District Judge