MARTIN H. DODD (104363)
mdodd@fddcm.com
JAMIE L. DUPREE (158105)
jdupree@fddcm.com
JAIME G. TOUCHSTONE (233187)
jtouchstone@fddcm.com
FUTTERMAN DUPREE DODD
CROLEY MAIER LLP
601 Montgomery St., Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

In Association with:
MILES KOWALSKI, Deputy County Counsel (257269)
Miles.Kowalski@cc.sbcounty.gov
MICHELLE BLAKEMORE, County Counsel (110474)
385 North Arrowhead Avenue, 4th Fl.
San Bernardino, CA 92415-0140
Telephone: (909) 387-5455
Facsimile: (909) 387-3070

*Attorneys for Defendant
San Bernardino County*

DONALD SPECTER (83925)
(dspecter@prisonlaw.com)
MARGOT MENDELSON (268583)
(mmendelson@prisonlaw.com)
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

*Attorneys for Plaintiffs Rashun Turner, et al.*

FILED
CLERK, U.S. DISTRICT COURT
JUL 13, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| RASHUN TURNER, et al., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>COUNTY OF SAN BERNARDINO,<br><br>*Defendant.* | Case No. 5:16-CV-00355-VAP (DTBx)<br><br>[Proposed] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR FAIRNESS HEARING<br><br>**District Court Judge Virginia A. Phillips**<br>**Magistrate Judge David T. Bristow** |

Good cause appearing, IT IS HEREBY ORDERED that:

On October 15, 2018, the parties shall file briefs in response to comments from class members on whether the proposed Consent Decree is "fair, reasonable and adequate." Fed. Rule Civ. Proc., Rule 23.

A fairness hearing shall be held on October 29, 2018 at 2:00 p.m. on whether the Court should approve the Consent Decree.

Dated: July 13, 2018

*[Signature: Virginia A. Phillips]*
UNITED STATES DISTRICT COURT