DONALD SPECTER (83925)
dspecter@prisonlaw.com
MARGOT MENDELSON (268583)
mmendelson@prisonlaw.com
SOPHIE HART (321663)
sophieh@prisonlaw.com
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

*Attorneys for Plaintiffs*
*On behalf of themselves and others similarly situated*

MARTIN H. DODD (104363)
mdodd@fddcm.com
JAMIE L. DUPREE (158105)
jdupree@fddcm.com
JAIME G. TOUCHSTONE (233187)
jtouchstone@fddcm.com
**FUTTERMAN DUPREE DODD CROLEY MAIER LLP**
601 Montgomery St., Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

In Association with:
MILES KOWALSKI, Deputy County Counsel (257269)
Miles.Kowalski@cc.sbcounty.gov
MICHELLE BLAKEMORE, County Counsel (110474)
385 North Arrowhead Avenue, 4th Fl.
San Bernardino, CA 92415-0140
Telephone: (909) 387-5455
Facsimile: (909) 387-3070

*Attorneys for Defendant*
*San Bernardino County*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

RAHSHUN TURNER, on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

COUNTY OF SAN BERNARDINO,

*Defendant.*

Case No. 5:16-CV-00355-VAP (DTBx)

**CLASS ACTION**

**DECLARATION OF DONALD SPECTER IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Date: October 29, 2018
Time: 2:00 p.m.
Judge: Hon. Virginia A. Phillips

**District Court Judge Virginia A. Phillips**
**Magistrate Judge David T. Bristow**

I, Donald Specter, declare,

1. I am an attorney at law admitted to practice before the courts of the state of California. I am the Executive Director of the Prison Law Office and lead counsel for Plaintiffs in this litigation. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2. I received in the mail from this Court a set of 17 letters on August 24, 2018; 10 letters on September 11, 2018; 2 letters on September 18, 2018; and 2 letters on September 25, 2018. I also received an additional letter on August 3, 2018, through CM/ECF. *See* ECF No. 93. The letters were sent from individuals incarcerated in a San Bernardino jail, addressed to the Clerk of this Court, and stamped received by the Clerk of the Central District.

3. These 32 letters are attached hereto as Exhibit A. These letters are filed in their entirety and constitute all of the letters that Plaintiffs' counsel has received to date forwarded from this Court.

4. The Prison Law Office sent the Remedial Plan to any individual who requested a copy from the Court or from Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 12th day of October 2018 in Berkeley, CA.

______/s/_______

Donald Specter

# EXHIBIT A

[illegible] vs. County of San Bernardino [illegible] 00355 VAP (DTB). Sending on 8-28-2018, By Carl R. Bedford III

On or Around March 4th When being discharged from Arrowhead Regional Hospital, Deputy Northup Used Several Pressure point Proceedures and then Kicked Me in the head with his steel-toed boots, while I was in hand and leg Shackles, wearing My hospital gown. Deputies Sullivan, Dep. Figuroa and Hospital Attendant Anthony (Badge # 21) looked on without Stopping the Proceedings. I wrote A letter to the Prison Law office Telling them what happened and Seeking legal Assisstance, As Well as grieved it on the W.V.D.C Kiosk; Without Any response Forth-Coming.

On or Around March 6th, I was taken Up to W.V.D.C. Booking front by Deputy Wilson When Dep. Wilson And Anothe Office (Double-Chicken Winged Me, Making Me Cry And Scream in pain!). They Then took an ink blotter behind My back (because I was hand Shackled behind My back). Inked up my thumb and Stole My thumb prints Applying them to Several document that I Can't Say What they Were because they were behind My back. I was the Most hurtful experience (and dislocated both of My Shoulders!). I informed PLO, And grieved it on W.V.D.C Kiosk, with No Response!

On or Around August 28th Deputy Garcia Witnessed food fall to the floor At breakfast in the 14C Dayroom and instructed the Chow Server to Put it back On the tray to be eaten by inmates. When I Complained he Said "Then Stop Coming to Jail"!, And We had to eat it

I will testify to these Accounts Under Penalty of Perjury, And you Can Check Cameras, Kiosks, the PLO, and I will take A lie detector test if Necessary! Truthfully and Sincerely,

#180834162 Carl Rudolph Bedford III, 8-28-2018

This was the Absolute only paper I could get a hold of, my Apologize
W.E.W.

Date: / /

# Positive Thoughts Lead to Positive Feelings

## Positive Thoughts hang out with Positive Feelings

They are like best friends.




**But Remember . . .**

If you choose negative thoughts, those thoughts will hang out with negative feelings, and that doesn't feel good.

Carl Bedford #1808340163
West Valley Detention Center, 14C-#25
9500 Etiwanda Avenue
Rancho Cucamonga, Ca. 91739




WAP

Clerk of the Courts
United States District Courts
Central District of California
First Street Courthouse
350 West First Street
Los Angeles, California
90012

CLERK, U.S. DIS
31 20
CENTRAL DISTRICT OF CA

90012$4536 C058

Att: A.O.A

SCANNED

Topete V. County of San Bernardino C.D.Cal. No 5:16-cv-0355 VAD (DTB)

My name is Patricia Berver # 1806343046 W. Valley Detention Center Aunts Home Address is: Arlene Bustamante

[redacted]

The Summer of 2017 I was incarcarated at Glen Helen the add is P.O. Box 9490 S. Bernardino 92427 I am Stating that there was elder abuse on me by Deputy's theres is video, Documents a broken table I went to the hospital for my injurys. There is many inmate which are female witness. I am an eldlerly lady who needs presentation I would like you to look into the case. The Sargents here and at Glen Helen along with Deputys falsafied Documents regarding myself Patricia Berver

Thank You

Patricia Berver # 1806343046
9500 Etiwanda Ave
Rancho Cucamonga, Ca 91739

Patricia Borver #1806343046
9500 Etiwanda Ave
Rancho Cucamonga, CA 91729




Clerk Of The Court
United States District Court
Central District of California
first Street courthouse
350 West 1st Street
Los Angeles, Calif 90012

VIAP

RECEIVED
CLERK, U.S. DIST
2018
CENTRAL DISTRICT

900123453б C058

SCANNED

JULY 28 2018

CLERK OF THE COURT
US DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
FIRST STREET COURTHOUSE.
350 WEST 1ST STREET
LA CA 90012

CASE # 5:16 CV 00355 VAP DTB
TOPETE, V. COUNTY OF SAN BERNARDINO

TO WHOM IT MAY CONCERN,
PLEASE TAKE NOTE OF THE FOLLOWING INMATES NAMES AND BOOKING NUMBERS WE WOULD LIKE TO BE PART OF THIS CLASS ACTION LAW SUIT.

SANDOVAL CHRISTINA RENE # 1807370509
CARRILLO RAQUEL # 1803343124
CRUZ MADDLINE # 1704340547
DIAZ MARY DELLORIS # 1802370873
CALDERA DEANN MARIE # 1806341566
AQUILETRA ANITA DEDRA # 1801340303
BAISA CONNIE # 1801342677
INOCENCIO CARISSA # 1705090073
ZAMORA LORI # 1709340437
GONZALES ANGELINA # 1806342535
CEBALLOS L. THERESA # 1806343026

SCANNED

WE ARE ALL HOUSED AT THE FOLLOWING

WEST VALLEY DETENTION CENTER
9500 ETIWANDA AVENUE.
RANCHO CUCA CA. 91739.

WE HAVE OTHER ISSUES WE WOULD LIKE TO ADDRESS AS FAR AS CONDITIONS AT WORK, WE ARE INMATE WORKERS AND THE WAY WE ARE TREATED IS WRONG. NO BREAKS (RESTROOM) TOILET PAPER, IN 120 DEGREE TEMP. NO AIR, NO ICE, THE TEMP IN LAUNDRY IS RECORDED BUT THERMOMETER IS IN ENCLOSED OFFICE WITH A/C RUNNING THERE IS MOLD AND OTHER SUBSTANCE IN CEILING THAT YOU CAN PLAINLY SEE BECAUSE OF MISSING TILES, WE ALL HAVE CHRONIC CARE MEDICAL CONDITIONS AND WOULD LIKE YOUR HELP ADDRESSING THEM, WE APPRECIATE YOUR HELP AND HOPE TO HEAR FROM YOU SOON.

RAQUEL CARRILLO 1803343124
WVDC 9F2
9500 ETIWANDA AVE
RANCHO CUCA CA 91739




RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 1 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

VAP

CLERK OF THE COURT
US DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
FIRST STREET COURTHOUSE
350 WEST 1ST STREET
LA CA 90012

S001234536 C058

*LEGAL MAIL*

FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge Patrick J. Walsh

From: J. Roper, Deputy Clerk Date Received: 8/8/18

Case No.: EDCV16-355-VAP (DTBx) Case Title: George Topete and Zachery Shovey v. County of San Bern.

Document Entitled: "On July 26th..." [Letter]

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | |
|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ Local Rule 11-3.1 | Document not legible |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ Local Rule 11-4.1 | No copy provided for judge |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ Local Rule 83-2.5 | No letters to the judge |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) |

☑ Other: Author, Talara Cavalli, is not a party to this action. The letter gives a history of her incarceration and expresses her belief in what the outcome of the case should be.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

**ORDER OF THE JUDGE/MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date ____________ U.S. District Judge / U.S. Magistrate Judge

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

8/17/18
Date

Patrick J. Walsh
U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE COPY 2 -JUDGE COPY 3 -SIGNED & RETURNED TO FILER COPY 4 -FILER RECEIPT

Case 5:16-cv-00355-VAP-DTB Document 94 Filed 08/17/18 Page 2 of 4 Page ID #:920

Topete v. County of San Bernardino ((#5:16-cv-00355 VAP (DTB))

Aug 5th

On July 26th Chico P.D came to the helter I had been staying for non-emergency apport. The shelter had called Chico P.D to ake me to the Crisis Center. When they rrived they told Me I had a warrent out f San Bernardino County. I had already erved time on that case yet they still ransfered Me, Even being high Risk and 3 weeks pregnant.

San Bernardino insisted that be brought down on the 10 hour bus de - putting my unborn child at risk. uring the ride I was only allowed a single ttle of water and a stale peanut butter andwich. When we got to West Valley I was en taken to the hospital with contractions d was told by Dr. It was due to dehydration

I was housed at approx 1230 am at Morning, and was given no water nd another sandwich.

San Bernardino refused to rop warrent even after my attorny, uring my arraingment, brought up the act I had already been sentanced and d my time for it.

I had a schedualed C-section ue to Risk factors in place by my

OBGYN, That I have missed, putting me and my child even further at risk. I am now hours away from my home displaced and distraught worried about how I am going to get home and trying not to go into labor.

San Bernardino County is aware of this Mistake yet I am still incarcerated.

So I do not believe that this Class action is fair, nor do I think that it is being Monitored well enough. When I am released I don't have any idea how I am going to make it home. Especally High Risk and due.

I believe consequences and Money payments, for the severilly affected inmates, should be give to those deserving. I believe the County of San Bernardino should get some Kind Of repercussions for what they are allowed to do to innocent people like myself. Thank you - Talaha Cavalli

[redacted]

Talara Cavalli 1808340086
W.V.d.c. 9D2
9500 Etiwanda ave
R.C. ca 91739




Legal MAIL

J. Roper

Clerk of the Court
United States District Court
Central district of Californi
First Street Court house
350 West 1st Street
Los Angeles CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 8 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

90012

Topete v. County of San Bernardino

SCANNED

Hi my name is Jesus Mario Allberto Chavez Martin. I am writing you this letter because I know I qualify for the restition that applies to the inmates that had to wait a long time to get in the JBCT program. I would like to request more info please. I waited atleast three months to get into the program after they said I was incompetent. More info please.

Sincereley
Jesus Chavez
[signature]

P.S. I have not been receiving my medicine

Jesus Maria Alberto Chavez Martin #1806[illegible]3057
San Bernordino County S.D.
655 east 3rd st
San Berardino CA 92415

SANTA ANA CA 926
02 AUG 2018 PM 4 L




VAP

Clerk of The court
United States District Court
Central District of California
350 W. 1st street
Los Angeles CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 7
CENTRAL DIST. OF CALIF.

90012-453699

RECEIVED SEP 18 2018

August 27, 2018
Clerk of the County
United States District Court
Central District of California
First Street Court House
350 West 1st Street
Los Angeles California 90012

Re: Topete v. County of San Bernardino
C.D. Cal. No. 5:16-CV-00355 VAP (DTB)

Clerk of the Court,

I am an Inmate here at West Valley Detention Center in San Bernardino California, I'm housed in Unit 6. Our floor cop posted up a copy of the notice about a Class Action Lawsuit Consent Decree, Topete v. County San Bernardino. My name is John Colón, I've been in West Valley going on 8 months now, my constitutional civil rights have been violated, officals act with deliberate indifference to my serious medical needs. I'm a left leg amputee who was needing an update on prothesis I was wearing when I was booked into the jail. I made my medical known in the process of my intake medical screening, and pursued once housed, to date I have yet to receive proper medical care, enstead I've been put in a wheelchair for 7 months, making my disability into a full on cripple a depressing remineder of my handicap.

WHAT "INJUNCTIVE RELIEF"? I ALREADY HAVE 2 HARRINTON RODDS IN MY BACK FROM A PREVIOUS ACCIDENT BESIDES A MISSING LEFT LEG "BK" AMPUTEE. I BASICALLY NEED HELP FOR MY MEDICAL AND A LAWSUIT, I JUST WANTED TO INFORM YOU ON THE TRUTH ON WHAT SOME OF US HAVE TO GO THREW WHILE IN THE CARE OF SAN BERNARDINO. MY HEALTH CARE IS ALL BAD, MY CONSTITUTIONAL CIVIL RIGHT HAVE BEEN VIOLATED, AND TOP IT OFF, MY ADA STATUS DOESN'T MEAN NOTHING HERE. THATS THE JUST OF IT, THANK YOU FOR YOUR UNDERSTANDING

SINCERLY

John A. Colon

JOHN A. COLÓN
# 1802370013, 6A-08
WVDC. 9500 ETIWANDA AVE.
RANCHO CUCAMONGA. CA. 91739

JOHN A. COLON
#1802370013, 6A-08
NVDC 9500 ETIWANDA AVE
RANCHO CUCAMONGA, CA. 91739




J. ROGOV
VAP

LEGAL
CORRESPONDENCE:
PRIVILEGED
&
CONFIDENTIAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
FIRST STREET COURT HOUSE
350 WEST 1ST STREET
LOS ANGELES, CALIFORNIA 90012

To Whom this may Concern, Date: july 25

SCANNED

I Candice Alise Estes BK#1804300097 would like to recieve the Remedial Plan and the Consent Decree documents Case # 5:16-cv-00355 VAP (DTP)). I am currently housed at Glen Helen Rehabilitation Center. Thank you for your time.

Candice E

I, Elgenet Elaine Scott 1806370604
will like to request the filing paper work
on case: 5:16-cv-00355 VAP (DTB)
am a inmate at Glen Helen Rehabilatation Center

Elgenet Scott 1806370604
G.H.R.C. - WM-208
P.O. Box 9490
San Bernardino, Ca 92427

Candice A Estes #1804300097
G.H.R.C.
P.O. Box 9490
San Bernardino CA, 92427

SN BERNARDINO CA 924
26 JUL 2018 PM 5 L




VAP

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 30 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

Clerk of Court
United States District Court
Central District of California
First Street Courthouse
350 West 1st Street
Los Angeles, CA 90012

90012$4536 C058

8/17/18

Topete v. County of San Bernardino

Case No. 5:16-cv-00355 VAP (DTB)

Prisoner Comment regarding the fairness of the proposed settlement, due 8/31/18

As a prisoner at West Valley, I wanted to read and provide feedback on the proposed settlement. I submitted three requests to see copies of the Remedial Plan and Consent Decree between July 27 and Aug. 11 but I have not yet been given access to either document. Therefore, I am being denied the opportunity to provide feedback. Two other inmates in my unit section have also been unsuccessful in their requests. I know of no one who has been able to see either document. I think West Valley is impeding the fairness of the legal process by preventing the inmates from participating. It is very typical for our submitted requests to get ignored, as well as jail policies in general.

Sincerely, Concerned,
C. Jacobson
1710 300 104

C. JACOBSON
1710 300 104 WVDC
9500 Etiwanda Ave.
Rancho Cucamonga
CA 91739

LEGAL MAIL




VAP

Clerk of the Court
U.S. District Court
Central District of CA
First St. Courthouse
350 West 1st Street
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT CO...
AUG 22 2018
CENTRAL DISTRICT OF C...
BY

900123453B C05B

Re: lawsuit 4 Civil Right

I have continued 2 write 2 all The offices 2 get help 4 The violations That have gotten worse instead of better. They Keep moving me around from 1 place 2 another Then They do not forward my mail, They send it back. I've been from West Valley 2 the Metropolitan State Hospital near L.A. all The way out of This jurisdiction. Now Back Here. That have canceled my court dates. I don't Know how long I will B here or where I'm going They may send me 2 Patton next which is near. It is months That I got no mail, so I Know They R Tampering with my mail in The mailroom. Some items I send out R missing When The mail get 2 The party I send it 2. Sooner or later I Know God will let me mail get 2 the right people and They reach me. If this letter reachs U will U Please Try 2 Find me where ever They send

(over)

me next. My mail may not got out in time 2 ~~meet~~ The deadline of 8-31-18 so Please Take ~~[illegible]~~ in the account & condition I'm in 2 get this out, when making your decentions

Case Name: (Topete Vs. County of San Bernardino
Case # 5:16-CV-0035 VAP (DTB)

In case They move me again my ID# at Metropolitan is 268598-0 my ID# Here 1712342031. And The Have under The wrong Hair color, weight, and Heigth.

Thank U, I Know GOD will provide.

Pearline Jones

Pearline Jones #1712342031
West Valley Detention Center
9500 W. Etawanda
Rancho Cucamonda, CA
90379




Clerk of The Court
United States District court Center
District of California
First St courthouse
350 W. 1st, Los Angeles
CA. 90012

VAP

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 4 2018
CENTRAL DISTRICT

9001234536 0058

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge Patrick J. Walsh

From: J. Roper, Deputy Clerk Date Received: 7/31/2018

Case No.: EDCV16-00355-VAP (DTBx) Case Title: George Topete and Zachery Shovey v. County of San Bernard.

Document Entitled: "Hello my name is..." [Letter]

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | |
|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ Local Rule 11-3.1 | Document not legible |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ Local Rule 11-4.1 | No copy provided for judge |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☑ Local Rule 83-2.5 | No letters to the judge |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ Other: | Auther, Christopher Art Lopez, requests case status and is not a party to this action. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _______________ U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date 8/3/18 — Patrick J. Walsh — U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

**COPY 1 -ORIGINAL-OFFICE COPY 2 -JUDGE COPY 3 -SIGNED & RETURNED TO FILER COPY 4 -FILER RECEIPT**

hello my name is christopher Art Lopez I am aware of this Law Suit going on the ADHD Law Suit, I did sign something for this and I was just wondering if I was apart of this Law Suit please write me Back with any adetinal information reguarding this Law Suit thank you very much.

Sincerly
Christopher
Art
Lopez

Topete v. County of sanbernardino
CD cal. NO 5:16-cv-00355 vap (DTB)

EIGHTl and Fourteenth Amendents

I take meds as well

Case 2:16-cv-00355-VAP-DTB Document 93 Filed 08/03/18 Page 3 of 3 Page ID

Christopher Art Lopez# 1803341034 5A-15
High Desert Detention Center
9438 Commerce way
Adelanto CA 92301

SAN BERNARDINO CA 924
26 JUL 2018 PM 5 L

RECEIVED
CLERK, U.S. DISTRICT COURT
[illegible] 30 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

DTB

Clerk of the court
united states district court
central district of california
first street courthouse
350 west 1st street
Los Angeles CA 90012

90012-453699

7/26/2018

SCANNED

(Topete V. County Of San Bernardino)
Case NO. 5:16-cv-00355 VAP (DTB).

I Mirella Lozano-Richards Booking# 1805 340976 am writing in regards to the class action settlement ("Topete vs. County of San Bernardino) being at the W.V.D.C. was given lack of medical attention and being charged a $3.00 co-pay for each concern I've had. As of 7/26/2018 I have not received the prescribed medication from the primary care physician I've had for over 2 years.

Also with the classification I've been granted our pod has been locked down 23 1/2 hours a day on quarter tier without formal notice violating my amendments. As for religious & self-help groups we at W.V.D.C. unit 9 pod C are never offered church services or 12 step groups whether by T.V. or even as library resources...

Thank you in Advance for your time & attention on the matters mentioned above.

Sincerely
Mirella Lozano-Richards

Mirella Lozano-Richards
Bkg# 1805340976/W.V.D.C./9C-1
9500 Etiwanda Ave.
Rancho Cucamonga, CA 91739




CLERK, U.S. DISTRICT COURT
JUL 30 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
VAP

Clerk of the Court
United States District Court
Central District of California
First street courthouse
350 West 1st street
Los Angeles, CA. 90012

Legal Mail

900123$4536 C058

Pg 1 Turner vs San Bernardino County

SCANNED

To whom it may concern, 07-25-18

I've been an inmate at West Valley for the past 3yrs. During this time I have been both A Victim & A witness to the Mis-conduct, mistreatment, Unfair Equality, Unsanitariness, & lack of concern & respect within this Jail. I would like to cover the Problems of outside Rec, The Food, The lack of Cleaning supplies, The lack of Hair care products for African americans, As well As us women not getting the proper clothing exchange of BRA's and underwear. And last but not least This Jail Does not offer enough Rehabilitation Help nor enough classes, Especially for Ages 18-25. I became incarcerated at 19 and I already Have my High School Diploma. All that they have to offer is G.E.D. classes. So, here's my view on what West Valley Does to us inmates.

Firstly, Our outside recreation, is not "Recreational" At All! We don't have A BasketBall court, Volley Ball court, or Even tables & chairs. They only give us A HAND BALL! Also, they have A lil BAR to pull yourself up with for working out. Other than that, there are two sinks / two toilets! It would be highly beneficial to us woman if there were more things to Do outside. Playing basketBall or VolleyBall Relieves stress & it keeps our Body & minds in A respective state of mind. We Believe that Recreational Activities involves sport equipments and/or Workout equipments. Not to mention the other two women Jails in SB county HAS recreational equipment. Why is it that West Valley Does not?

Secondly, The Food here is usually always undercooked. They Feed us around 5am and the Breakfast waffles / Pancakes are hard. The eggs & Potatoes are Never Fully Done. The Bread is

SCANNED

always Falling apart. Some times they give us sour/old Bread. The Apples and oranges are spoiled 60% of the time. Some DAYS I'll rather not eat because the food looks, smells, and tastes OLD. Also, there's always a hassle to get on their Diets. They Deny People with out reason. The food should at least be cooked thoroughly.

Furthermore, The unsanitariness here is unacceptable. Just last night I was pulled out to clean the showers. As I used the shower brush to scrub the floor, Feices was swiped along the Floor. When the chow workers clean Human Feecies From the 1B cells they Are supposed to Red BAG it. They don't even give us Comet to clean our showers. Our Mops are Filthy and the mop Buckets are even Filthier. We do not get to Double Scrub our cells every week like it is required to be. They barely even let us clean our TANKS every DAY. And when they DO our cleaning supplies Are Dirty. They do not give us RAGS for our TABLES & sinks that are in the DAYROOM. Our shower MAts are NAsty as well as the toilet Brushes. They do Not switch them out Regularly. Our showers do not have Doors on them at all. When there are MALE Deputies who are our Housing Deps For the day, some times they don't announce when they Are WAlking in our segment. It's inhumane to have to "cover-up" in the shower Because A male is here & we Do Not have Doors. Also, Our DAYRoom Vents Are Disgusting. Right Now From where I am sitting I can see layers & layers of collected Dust on the BIG vents.

More Over, Our hair care Room is A small setting with A small mirror, A lil smaller than our regular Note PAD Paper. Inside consists of A sink that is Broken! It's Been Broken since I've been incarcerated. I have never seen them come look at it or fix it. The sink is Broken, the water does not work. The soap Dispenser does not work either. Our hair care Box includes the following items; A straightener, A curling Iron, Hair clippers, with the size GUARDS & the cape to keep the hair off of you. Also, A Broken Hot-comb. There Are NOT any cleaners for the clippers. The Nail clippers, they Hand it out, seperately and 90% of the time they do not clean them before given to us. They took AWAY the tweezers & the Blow Dryer, and Never Replaced them. The lack of hair care Products For African American Women is Astounding. The comb from commisary Does nothing for our hair, the shampoo & conditioner As well, Are for Other races. A Doubled Bristle comb or A Pick would be Accurate for our hair. Inside the hair care Room when it is my day to Do my hair. The new rule is 20 minutes Per person. They'll Put about two or three Females to Do their hair and almost always Atleast two needs the straightener. Me, Personally and most likely Any others with A HEAD full of thick long hair Needs more than 20mins. It takes me Atleast An Hour to straighten my hair. It's unfair to Rush and be forced out when my hair is not even half way Done!

Next is the lack of clothing exchange. I am aware that we are supposed to have our BRAS and underwear

changed out at least once A week. It never Happend. They Never change it out weekly. When we ask or PMS through our underwear, they usually tell us to wash it out ourself. The main issue is that they never have underwear & BRAS stocked in our closet. The clothes, mainly the socks and T-shirts are Holy and unclean. Our white T-shirts smells like BAD odor. You can tell that they do not use Bleach to wash our whites. The lady who change out our clothes, Judge us, by looking at our BODY & give us the size SHE THINKS we should wear. 99% of the time she gives us clothes that are Baggy or too tight. She makes some Females feel insecure, when they asked for their sizes and won't give whats asked of her.

Another issue, They do not offer any classes here. They have A self-help class called inROADS. The only way to participate in inROADS is through A court order By A Judge. The other jails HAVE classes you can volunteer to participate in, How come West Valley Does not offer Help like CDC or Glen Helen? It Bothers me that they limit my Access to be educated. My whole three YEARS of being HERE, I have joined A life skills class last october. It was their First and only "CLASS" Other then G.E.D.!

Also, Women are being Housed in in-TAKE, the longest being three Days. Due to over-Population in SB Womens Facilities, including Pregnant woman. The Female Deputies talk down on us, they Degrade us. For instence, I seen A Female Dep. take

Pg 3)

another inmates Hygiene. When the inmate asked the Deputy "why Are You taking my things?" The deputy Responded "Be cause I CAN!" And walked away!! There was another time when One of my cell-Mates had A Death in her Family and when my cellie Pressed the Button to Ask if she can go make A Phone-CAll Due to the sudden death. The S.C.S. Answered and said, "I'm Busy" And cut the Button OFF. My cellie only got out these words, "MAM I Have A Death in my Family" when the S.C.S cut her OFF to say "I'm Busy"! At one Point A Deputy told me "What Do You Need to Do your hair For? You aren't going Anywhere!" It's sickening that they Feel like we shouldn't Want to Groom ourselves, Regardless of where we are! I have seen even the Sergeants CO-SIGN the deputies lies within A Discipline. It's Disrespectful that our Voice means little to them, Our side of the story Never gets the consideration that's Due on our end!

In Conclusion, West Valley Detention Center conduct, & Rehabilitation Tactics are Pathetic. I've seen & have been A Victim to there many disrespectful Routines. Any time we have "inspection" The sergeants and Deputies would give us the cleaning supplies such As "comet" The day Before so that everything "looks" Good from an outsider looking in! They'll close and lock the closets where our clothes Should Be, usually Because it's empty. And Also the closet where our cleaning supplies Are at usually Because

it's Dirty and lacks the supplies we Need! This is my view of what I have seen, heard and have been a victim of! Thank you for your time! I truly Appreciate your concern and all efforts that are and will be made.

Sincerely,

K'lonie McNeese

Klonie McNeese
#15103707777
WVDC 9500 Etiwanda Ave
Rancho Cucamonga, CA 91739

Klonie McNeese
#1510370777
WVDC 9500 Etiwanda Ave
RC, CA 91739




RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 30 2018
CENTRAL DIST...
BY

Legal Mail

corresp.

Clerk Of the Court
United States District Court
Central District of CA
1st Street Court house
350 west 1st Street
LA, CA 90012

90012$4536 C058

SCANNED

August 13th, 2018

Excuse me but I am writing this letter in regards to the case labeled "Topete V. County of San Bernardino, C.D. Cal. No. 5-16-CV-00355 VAP (DTB)". I am a high security inmate housed at West Valley Detention Center. I have reviewed this case's updated Remedial Plan and Consent Decree. I will try to keep this letter as briefly as possible but with enough details to show how the said Defendant (San Bernardino County) has not been in compliance with the new remedial plan, and Settlement Agreement in the past. Well first I am a Non-Disciplinary Inmate being housed inside of the most Isolated Corridor Inside of West Valley known as Ad Seg. (Administration Segregation), or R.H. (Restrictive Housing), or A.H. (Administrative Housing). If the courts thoroughly reviewed the Remedial Plan under section "Restrictive Housing" It is said that the Defendant should "to the greatest extent feasible, SBCSD policies and practices shall be modified to eliminate routine, widespread, and long term use of restrictive housing". I as other Inmates throughout this facility are Non-Disciplinary Inmates housed In these harsh conditions. In these corridors we only have access to 1 phone 1 shower, and there are only 4 cells back here and we all come out by ourselves. We have no windows for sunlight like other housing sections. We have no access to Kiosk machines at all to submit our grievance forms, medical forms, religious slips, Etc. We have to rely on Deputies to bring us paper forms that sometimes they either never bring, allegedly run out of, or deny us of having. In the past while housed in this corridor I have been subjected to being refused grievances, retaliated against by Deputies for submitting grievance forms, Medical slips not turned in, and constant problems with commissary sheets being turned in. All of these claims I've just made I have Documents to validate my claims which I have sent to the "Prison Law Office" so they can make their own copies. I have written grievances on this harsh living arrangement only to have my grievances denied. A Supervisor here at West Valley Detention center that works with the "Classification Team" told me that It is justified that I am housed in my current conditions because sometimes we can come out of our cells for more that 24 hours

[redacted]

a week and also that due to the remedial Plan stating that "Restrictive Housing" should be modified and eliminated where I am currently housed is not considered "Restrictive Housing" anymore but "Administrative Housing". The Same Supervisor that told me all of this during an Interview that was recorded went on to say that also due to "Overcrowding Population" that my current classification cannot have our own housing section. Let me have the Record Reflect that there are only 5 high Security Inmates in the Entire West Valley Detention Center. Also West Valley has been having an entire Unit Empty for over a 3 year Period that they recently Just opened. If research is done there has never been an overcrowding when this facility has had Empty Segments and an Entire Empty Unit. Just as other County Jails in San Bernardino County has such as Glen Helen Rehab Center and the Adelanto Detention Center. The Supervisor that told me all of this during an Interview was Cpl. Castillo with the Classification Team at West Valley Detention Center. Inmates such as myself that are housed inside of these corridors throughout West Valley Detention Center have all been subjected to this Cruel and Unusual Punishment of being housed in Corridors that are suppose to be used as Disciplinary Housing. More than 80% of the Inmates housed in these corridors are non-disciplinary Inmates and have been subjected to the Harmful Effects of Prolonged Solitary Confinement. That Is justified on the "Defendants" Behalf because we can come out of our cells more than 1 time a day. It has already been proven in the past how harsh these living conditions are in these corridors. Inmates cannot be considered to meet the same minimum standards to other Inmates accommodations in regular housing sections. This long-term use of housing me and other Inmates in such Conditions while being Non-Disciplinary Inmates will not and can not be justified. I cannot speak on to much on this case but to say that I am being housed wrong and that me and every other Inmate In these Conditions cannot meet our required needs such as grievance forms, medical, religious, Etc. Again. I have Documentation to prove how my medical Slip was not turned in, how I was refused grievances, Etc. I have been a victim of Excessive Force from the Deputies and had nothing done about it. I am currently housed at West Valley Detention Center and should be in State Prison In the next

couple of months. If needed, I can and would testify on behalf of this case and everything I have stated as well as providing Documentation to validate my claims and the Defendants open hostility to me and there unprofessional behavior. If I am needed my Name is Lavelle Miller and my Information will be on the front of this envelope and you can also possibly get it from the "Prison Law Office". So with all that being said I will respectfully end this and hope that I was as descriptive as possible without being a problem. W/ respect and Salutations

Lavelle Miller

[signature]

Also It took me almost 3 weeks and 2 Inmate request slips to review the Remedial Plan and Consent Decree In a timely fashion here at West Valley Detention Center. Also I have Documents to show how Supervisors conduct there Investigations and how Bias there conclusions are by rejecting my claims only to protect there officers and how they do not follow there own policy when conducting Investigations. I will send copies to the Prison Law Office so they can have and present before the Court. Thank you.

Lavelle Miller
BK#1410341385
unit 8 Ad-Seg. Cell#1
W.V.D.C.
9500 Etiwanda Ave.
Rancho Cucamonga, CA,
91739

< Confidential Legal Mail >

~~Joe Roper~~

VAP




RECEIVED
CLERK, U.S. D...
AUG 16 2018
CENTRAL DISTR...
BY

Attention: Clerk Of the Court
Courtroom: 5A
United States District Court
Central District of California
First Street Courthouse
350 West 1st Street
Los Angeles, California, 90012

9001234536 C058

< Legal Mail >

Comments [TAPRTE v. County of San Bernardino]
Case No. 5:16-CV-00355-VAP(DTBX) [Proposed]
Consent Decree

18 Aug 18

TO: United States District Court
Central District of California
Clerk of the Court
First Street Courthouse
350 West 1st Street
Los Angeles, CA 90012

FROM: Harold Nelson
1510341215 1-D-20
H.D.D.C.
9438 Commerce Way
Adelanto, CA 92301

Subject: Request of Clarification of Section II., C. Preventive Care, of Case No. 5:16-CV-00355-VAP(DTBX) [Proposed] Consent Decree.

Will this require the defendant to provide/make available the proper Dental Floss for cleaning under Dental Bridges. The current Dental Floss that is available, is not made to clean under Dental Bridges and cannot be made to do so.

Cleaning under Dental Bridges is necessary

to prevent gum diease, due to food particles that build up between the Dental Bridge and gum. The food particiles can not be brushed or rinsed out from under the Dental Bridge.

Dentist outside of this system recommend flossing under a Dental Bridge at least once a day to prevent gum diease and the loss of the Dental Bridge supporting teeth.

The annual Dental Cleaning, does not include flossing under Dental Bridges. A water jet is used in an attempt to clean. The water jet does not dislogde and remove all the food particles.

Having access to the proper floss to clean under Dental Bridges is a must for people who have a Dental Bridge, to ensure they can have proper preventive Dental care.

Harold Nelson
151034125 1-0-20
H.D.D.C.
9438 Commerce Way
Adlanto, CA 92301

SN BERNARDINO CA 924
20 AUG 2018 PM 5 L




United States District Court
Central District of California
Clerk of the Court
Firststreet Courthouse
350 West 1st Street
Los Angeles, CA 90012

VAP

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 22 2018

Legal Mail

90012-453699

Hi my name is Dane Jackson Perry SR
I am currently incarcerated for A PRCS violation and am Discharging my Prison number on August 28 2018

I was Arrested on December 17, 2015 for a Probation Warrant and A Ressiting PC 69 and was Sentenced to 16 months County Prison on September 22, 2016 PC 21310 carrying a Dirk Dagger and Did 6 months locked down 22 ½ hours a day

I would also like any and All information because they will not help me at All I put in 40 Request for Help and I am not Helped

Please Send me any Info Here on law suit please

Dane Perry / Candice Perry
wife

[redacted]

1928 5662975

...928 5666 29...

Hebrews 13:1,2,3 #

928 566 2975

Doing Time By Dane Perry

San bernardino Correctional facilities

First Admendment Congress shall make No law Respecting the establishment of Religion or prohibiting the Free exercise there of or abridging the Freedom of speech or of the press or the Right of the People peacably to asemble and to petetion the government for A Redress of Grievances

We believe All Men are equally endowed by the Creator and not by a goverment with the Gifts of Freedom and that It is everymans duty to God to to perserve his own liberty and Respect the Liberty of others Freedom is Self control No more No less RC Hoiles

There are 4 Facilities in SB County ① HDDC Adelanto ② CDC ③ GHRC ④ WVDC

All Have outside privilages except The High Desert (Adelanto cell Living) It should be against the peoples Rights, not being able to get any Sun Ray's, Fresh Air Natural minerals and Vitamins God has blessed us with

They offer verry Few classes, Education Rehabilitation options, our inmate fund is suppost to offer

They have now taken away the News-paper Chaplain mother Nature our Free-dom ect We are Continually treated

like animals n a kennel. Locked down 21 hours a day NOW it used to be 22½ it is inhumane. All other 3 Facilities have a out-side Rec/yard with exercise equiptment and mother Nature. We have a out side Rec Here thats NOT OUTSide. Dorms/workers get a Out-side Rec with No exercise equiptment At All.

High Desert Adelanto should have exercise equiptment Period And We All should get the same Privilages to go out side. Thats the least that could be done with the Commissary and Phone money/inmate fund that is So Overly Priced to eat and Call Loved ones $1.25 for A Top-Ramen Soup you get 5 for A dollar n the Real world Have you ever seen a animal Starving in a kennel thats how it is in here if you dont get store/commissary.

How much more inhumane is it going to get ????????

OUR Cell windows/kennels are even Painted and its absurd 82:6

We Are All Human Psalms 82.6

FOR 8 You for Me For Everyone and Anyone who has ever done Time

GR8

Done Jackson Perry SR

Dane Perry 1806370712
[redacted]

AUG 27 2018

SN BERNARDINO CA 924
Legal Mail
23 AUG 2018 PM 7 L




VAP

To Pete V County of San Bernardino
Case #ER 5:16-CV-00355 VAP DTB
Clerk of the Court
United States District Court
Central District of California
350 West 1st Street
Los Angeles CA
90012

PETER REINERT
FED ID #15918-112
SBSD ID #180634727-147
WEST VALLEY DETENTION CENTER
9500 ETIWANDA
RANCHO CUCAMONGA, CA 91739

SCANNED

AUGUST 01, 2018

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE # C.D.-CAL. 5:16-CV-00355 VAP (TBD)

| | |
|---|---|
| TOPETE, PLAINTIFF<br>VS.<br>SAN BERNARDINO COUNTY, DEFENDANT | REQUESTED COMMENTS ON PROPOSED SETTLEMENT "REMEDIAL PLAN", IN CLASS ACTION. |

I AM HELD AT THE SAN BERNARDINO COUNTY, WEST VALLEY DETENTION CENTER, RANCHO CUCAMONGA, CA. I AM UNDER PRE-TRIAL MEDICAL MARSHALL'S DETENTION IN THE CARE OF THE SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT (SBSD). I AM 63 YEARS OLD AND A WHEELCHAIR BOUND HANDICAPPED CITIZEN, WAITING FOR TRIAL FOR OVER 40 MONTHS. I HAVE STANDING FOR COMMENTS IN THE ABOVE NAMED CLASS ACTION.

PAGE 2→

(2)

THE ONE WORD THAT EFFECTIVELY, PRECISE AND TRUTHFULLY PRESCRIBES ALL COURT ORDERED ACTIONS BY THE SBSD HERE IS "PRETENSE," AS LONG AS SBSD IS CHARGED WITH SUPERVISION, WITHOUT EFFECTIVE FEDERAL MARSHALL'S INTERVENTION, NOT A SINGLE ITEM OF ANY PLAN WILL BE FULFILLED, AS CURRENT SBSD BEHAVIOR HAS SHOWN, IN THIS CASE ALREADY, AGAIN.

SBSD IS REQUIRED TO PROVIDE A COPY OF THE REMEDIAL PLAN TO INMATES, AS WELL AS A COPY OF THE MOTION FOR FEES. UPON WRITTEN INQUIRY, INMATES WERE TOLD THAT THE "UNIT HOUSING DEPUTIES" HAD A "UNIT COPY" OF THE ITEMS, INMATES COULD "LOOK AT".

UPON REQUESTING THIS "UNIT COPY" OF THE REMEDIAL PLAN, INMATES WERE TOLD THAT NO SUCH THING EXISTED.

FURTHER WRITTEN REQUESTS TO STAFF WERE IGNORED AS "DUPLICATE REQUEST".

NO COPY OF THE REMEDIAL PLAN WAS PROVIDED, AT ANY TIME. PRETENSE TO DO SO WAS THE EXTEND OF THE EFFORT BY SBSD TO FOLLOW [illegible] COURTS.

PAGE 3 →

(3)

SBSD INTAKE DEPUTIES CONFISCATED MY FEDERAL LEGAL FILES UPON ARRIVAL HERE AT WVDC, IN JUNE.

UPON REQUEST TO ACCESS THOSE FILES IN PREPARATION FOR A COURT HEARING I RECEIVED A WRITTEN NOTICE IN THE IN-HOUSE "KIOSK" E-MAIL SYSTEM THAT "HOUSING DEPUTIES WILL BE NOTIFIED OF YOUR REQUEST!"

"HOUSING DEPUTIES" CLAIM TO NOT HAVE RECEIVED ANY NOTICE, NOR DO THEY HAVE THE AUTHORITY OR "TIME" TO COMPLY TO [illegible]

[illegible] PRETEXT [illegible] OF [illegible]

AS A JEWISH INMATE I HAVE BEEN PHYSICALLY ATTACKED TO DATE THREE TIMES, WITH ANTI SEMITIC [illegible] [illegible] ATTACKS [illegible] [illegible] OF EYESIGHT IN RIGHT EYE. PRETEXT ONLY.

RESPECTFULLY [illegible]

PETER [illegible]
1806341727-147.11
WEST VALLEY DETENTION CENTER
9500 ETIWANDA
RANCHO CUCAMONGA, CA 91739

LEGAL MAIL

RECEIVED
U.S. DISTRICT COURT
AUG - 7 2018
DISTRICT OF CALIFORNIA
DEPUTY

VAP

SANTA ANA CA 926
02 AUG 2018 PM 8 L

FOREVER
USA

TO THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FIRST STREET COURTHOUSE
350 WEST FIRST STREET
LOS ANGELES, CA 90012

90012-453699

PETER [illegible]
SBSD # 180634172 [illegible] OF 11
FED. # 15918-112
WEST VALLEY DETENTION CENTER
9500 ETIWANDA
RANCHO CUCAMONGA, CA 91739

JULY 24, 2018

TO THE CLERK OF THE COURT
USDC-CENTRAL DISTRICT OF CALIFORNIA
FIRST STREET COURTHOUSE
350 WEST FIRST STREET
LOS ANGELES, CA 90012

RE: CASE NO.: C.D. CAL. 5:16-CV-00355 VAP (DTB)

| | |
|---|---|
| TOPETE, PLAINTIFF,<br>VS.<br>COUNTY OF SAN BERNARDINO,<br>DEFENDANT. | REQUESTED COMMENTS ON PRO-POSED REMEDIAL PLAN SETTLEMENT PRO-POSAL. |

THE PROPOSED REMEDIAL PLAN APPEARS TO BE INSUFFICIENT AND INEFFECTIVE IN ADDRESSING MAJOR ISSUES AT SAN BER-NARDINO JAIL FACILITIES, ADMINISTERED BY THE SAN BERNARDINO SHERIFF'S DE-PARTMENT (SBSD). TO QUOTE A SUPERVISING DEPUTY OF THE SBSD: "COURT ORDERS ARE MERE SUGGESTIONS TO US." MARSHALL'S SUPERVISION MAY BE NECESSARY

PETER REINERT IS A FEDERAL MARSHAL'S PRE-TRIAL DETAINEE, NO BAIL IN A WIRE FRAUD CASE #CR-15-0035-JLS, IN ORANGE COUNTY, IN DETENTION SINCE APRIL 2015, OVER 40 MONTHS NOW, RECENTLY TRANSFERRED FROM THE METROPOLITAN DETENTION CENTER IN LOS ANGELES, TO THE SAN BERNARDINO COUNTY, WEST VALLEY DETENTION CENTER, SBSD.

MR. REINERT IS A CHRONICALLY ILL AND HANDICAPPED PERSON IN A WHEELCHAIR. AS AN INMATE, HE HAS STANDING IN FURTHER LEGAL ACTION AND IS COMMENTING HERE.

THE CUSTODIAL MISCONDUCT ISSUES ARE MANYFOLD, AS OUTLINED BELOW, AND NOT ADDRESSED SUFFICIENTLY IN THE PROPOSED REMEDIAL PLAN.

A. INHUMANE LIVING CONDITIONS OF INMATES TO BE CLASSIFIED AS CRUEL AND UNUSUAL PUNISHMENT BY SBSD STAFF, VIOLATIONS OF STANDING COURT ORDERS AND STATE AND FEDERAL STATUTES, AMERICANS WITH DISABILITIES ACT, HEALTH AND SAFETY VIOLATIONS BY SBSD STAFF. NOT ADDRESSED IN THE REMEDIAL PLAN.

THE FOLLOWING CONDITIONS PERSIST:

1. FREEZING TEMPERATURES IN HOUSING UNITS CAUSED BY AIR CONDITIONING SETTINGS AT INHUMANE LOW TEMPERATURE SETTINGS, CAUSING ELDERLY AND MEDICAL INMATES UNUSUAL AND CRUEL ADDITIONAL PAIN AND ILLNESSES.

2. DENIAL OF LAW LIBRARY ACCESS BY SBSD STAFF FOR ALL GENERAL POPULATION INMATES. PRO-PER INMATES SCHEDULED FOR ACCESS AT 11 PM AT NIGHT.

3. DENIAL BY SBSD DEPUTIES TO ALLOW INMATES TO BRING LEGAL MATERIALS AND /OR WRITING MATERIALS TO ANY COURT PROCEEDINGS, POSSIBLE DUE PROCESS ISSUES, DEPUTIES FOR DINYSON END <u>REFUSING LEGAL MAIL</u>.

4. CONTINUED USE OF 5-MAN CHAINS FOR TRANSPORT, AFTER RECEIVING COURT ORDER TO STOP THIS PRACTICE. CENTER CHAIN INMATE HAS NO SEAT ON SBSD BUSSES, SHORT CHAINS DO NOT ALLOW INMATE TO SIT ON THE FLOOR, SQUATTING ON ARM RESTS WITH NO SAFETY BELTS DURING TRANSPORTS.

5. UNNESSECARY TRANSPORTING OF INMATES, SHACKLED ALL DAY, FROM ONE SBSD FACILITY TO ANOTHER, CALLED

"FISH-LINING", RETURNING SOME INMATES FROM THE VERY FACILITY THEY LEFT IN THE MORNING, IN A FRAUDULENT ATTEMPT TO GAIN STATE/FEDERAL FUNDS FOR TRANSPORTATION EXPENSES.

6. NO 8-HOUR SLEEP TIME, CONSTANT UNREASONABLE INTERRUPTIONS BY INTERCOM LOUDSPEAKERS.

7. TV VOLUMES AT AN ASSAULT LEVEL OF 80 STARTING AT 6AM, ALL DAY.

8. NO HOT FOOD, ALL FOODS SERVED COLD, NOT AT THE REQUIRED 167 DEGREE TEMPERATURE PER FEDERAL LAW.

9. ROTTEN KOSHER MEALS SERVED COLD, NO HOT MEALS.

10. NO RELIGIOUS SERVICES, NO JEWISH OR MUSLIM SERVICES.

11. GOUGING BY OVERPRICED COMMISSARY ITEMS, PROVIDED BY ARAMARK CORP., FOR EXAMPLE, ITEMS COSTING $0.10, SOLD TO INMATES AT $1.19. ALL ITEMS OVER-PRICED.

12. GOUGING INMATES AND FAMILIES ON TELEPHONE CALLS, $3 PER CALL $0.20/MINUTE.

13. NO INMATE TRUST ACCOUNT SET UP TO GARNER COMMISSARY/TELEPHONE PROFITS, COMPLETE ABUSE OF INMATES' VULNERABLE STATUS.

14. RESTRICTIVE AND ABUSIVE HANDLING OF VISITATION. VISITORS REQUIRED TO REGISTER 24 HOURS IN ADVANCE, APPEAR AT AN EXACT(!) TIME OR BE TURNED AWAY.

15. ALLOWING CRIMINAL ILLEGAL ALIEN GANG ACTIVITY IN MEDICAL UNITS, DELIBERATE INDIFFERENCE BY SBSD STAFF TO THREATS AND VIOLENCE.

16. MEDICAL/DENTAL NEEDS TAKE TWO PLUS WEEKS TO BE ATTENDED TO. CRUEL AND UNUSUAL TREATMENT.

17. ADDING PROBLEMATIC/AGGRESSIVE MENTALLY ILL INMATES TO REGULAR MEDICAL UNITS. AFTER ATTACKING INMATES THOSE THEY ARE MOVED FROM UNIT, ONLY TO BE BROUGHT BACK INTO THE SAME UNIT AFTER 24 HOURS, CAUSING MORE ATTACKS ON REGULAR MEDICAL INMATES. COMPLETE DERRICICTION OF DUTY

AND GROSS NEGLIGENCE IN FAILURE TO KEEP INMATES SAFE.

18. MENTALLY ILL INMATE HANGED HIMSELF AFTER HAVING BEEN LOCKED IN A CLOSED ROOM, NOT CELL, FOR HOURS WITHOUT SUPERVISION.

19. DEPUTIES SEVERELY BEATING A NON-COMPLIANT, MENTALLY ILL INMATE, UNTRAINED AND UNCARING CBSD.

20. <u>UNTRAINED</u> IN HOUSING DUTIES, ABUSIVE DEPUTIES "MAN-HANDLING" INMATES.

21. DEPUTIES REFUSING TO LET INMATES EAT BECAUSE THE INMATE DID NOT "LINE UP" AS DEPUTIES WANTED. THIS IS VIOLATION OF BASIC NEEDS DENIAL.

22. MY PERSONALLY OWNED WHEELCHAIR TAKEN FROM ME AND REPLACED WITH DEFECTIVE COUNTY WHEELCHAIR, WITH PROTRUDING SHARP SCREWS,

23. RAW SEWAGE FUMES IN UNITS, MAKING EYES WATER AND DIFFICULT TO BREATH, CRUEL AND UNUSUAL TREATMENT.

IT IS ASTONISHINGLY SAD, THAT PEOPLE WITH BARELY A HIGH SCHOOL DIPLOMA

FEEL, THEY HAVE A RIGHT TO ABUSE THEIR FELLOW CITIZENS, JUST BECAUSE THEY WERE GIVEN A BADGE. THESE ARE "BULLIES" WITH A BADGE. A COUNTY BADGE MUST BE ENTIRELY IMPOTENT WHEN IT COMES TO THE VIOLATION OF FEDERAL LAW AND THE WILFULL AND KNOWING DISREGARD OF COURT ORDERS.

PUNITIVE MEASURES MAY NEED TO BE INCLUDED IN THIS SETTLEMENT, AS WELL AS STRONG VERIFICATION OF COURT ORDERED COMPLIANCE. OVERSIGHT BY FEDERAL MARSHALS MAY BE NESSECARY.

24. A CLASS OF SCHOOLCHILDREN WAS PARADED THROUGH THE MEDICAL UNIT, WITH GROWN MEN TAKING SHOWERS AND MENTALLY ILL INMATES LEERING AT THEM. NO ADVANCED NOTICE, NO ADDED SECURITY FOR CHILDREN, HUMILIATING TO PRE-TRIAL, PRESUMED INNOCENT, INMATES. GROSS NEGLIGENCE BY SBSD.

RESPECTFULLY SUBMITTED

[signature] JUL 24, 2018

PETER REINERT
#1806341727-14F11
WEST VALLEY DETENTION CENTER
9500 ETIWANDA
RANCHO CUCAMONGA, CA 91739




LEGAL MAIL

VAP

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 2 2018
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

TO THE
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FIRST STREET COURT HOUSE
350 WEST 1ST STREET
LOS ANGELES, CA 90012

90012$4536 C058

SCANNED

1.

REGARDING CASE NO. 7-26-2018
C.D. CAL. NO. 5:16-CV-00355 VAP (DTB)
(TOPETE V. COUNTY OF SAN BERNARDINO)

TO WHOM IT MAY CONCERN; THE CLERK OF THE COURT:
I WAS INCARCERATED AT THE A.D.D.C. IN ADELANTO ON 6-10-2017. I'VE BEEN HERE ALMOST 14 MONTHS. A MONTH AFTER I ARRIVED I REQUESTED A HEPATITUS C BLOOD TEST, I FOUND OUT A WEEK LATER THAT I TESTED POSITIVE FOR THE VIRUS. I ASKED BOTH THE R.N. AND THE GENERAL PRACTITIONER M.D. FOR THE 12 WEEK "HARVONI" TREATMENT. I FIRST ASKED THE NURSE (1ST APPOINTMENT) AND SHE SAID IT WASN'T IN THE COUNTY JAILS BUDGET TO PROVIDE ME WITH THE TREATMENT. THE COST SHE SAID IS $80,000.00 FOR 12 WEEKS. MY NEXT VISIT WAS WITH THE COUNTY M.D. (2ND APPOINTMENT). HE SAID IT WAS NOT IN THE BUDGET AS WELL. THE VIDEO ON OUR DORM T.V. THAT SHOWS US THE PROCEEDURES STATES: "NO INMATE WILL BE DENIED MEDICAL TREATMENT". MY FINAL ATTEMPT WAS WITH A PSYCHATRIST REQUEST. THE COUNTY PSYCHATRIST STATED THAT I COULD SUE THE COUNTY BECAUSE THEY ARE NOT TREATING MY DISEASE. I DON'T HAVE THE MONEY TO HIRE A CIVIL ATTORNEY OR THE RESOURCES TO FIND ONE WHO WILL TAKE MY CASE ON CONTINGENCY. I WOULD GREATLY APPRECIATE ANY HELP TO GET MY TREATMENT FOR HEPATITUS C.

-OVER-

ALSO, I SHARE THE ELECTRIC RAZOR WITH MANY OTHER INMATES. IT SOMETIMES CUTS MY FACE. I HOPE THE HEPATITIS C VIRUS IS NOT BEING SPREAD TO HUNDREDS OF OTHERS, BUT IT VERY WELL MIGHT BE THE CASE.

I RESPECTFULLY REQUEST HELP AND TREATMENT FOR MY DISEASE.

MY CONTACT INFORMATION IS:
TOM ROBINSON
H.D.D.C. # 1706370496 (1D-12)
9438 COMMERCE WAY
ADELANTO, CA. 92301

SINCERELY,

[signature]

THOMAS WADE ROBINSON

TOM ROBINSON
H.D.D.C. # 1706370496 (1D-12)
9438 COMMERCE WAY
ADELANTO, CA. 92301

SN BERNARDINO CA 924
30 JUL 2018 PM 7 L




CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
FIRST STREET COURTHOUSE
350 WEST 1ST STREET
LOS ANGELES, CALIFORNIA 90012

VAP

LEGAL MAIL

90012-453699

SEP 18 2018

Topete V. County of
SAN Bernadino Case # No 5:16-
CV-00355
VAP (DTB))
Clerk At the Court House

To Whom it May Concern I would like to Be considered As A Part of this class Action LawSuit plz Thy of mine is SarahJane Edi Sampano I'm on SSI / plus Medical Been in and out of this place and others for years Now D.O.B 05-01-1980 To Days Date is 8-31-18 I'm in Custody Now or incarserated Now plz take all action to place me As Part of Law Suit

[redacted]

SARAH Sacapano Topete V. County of SB
[redacted]




CLERK At the Court House
United States District Court
Central District of Court CA,
First St. Courthouse 350 West 1st St.
Los Angeles CA 90012

JAP

Topete V. County of San Bernardino C.D. Cal. No. 5:16-CV-00355 VAP (DTB)).

8-21-2018.

Respects to U.S. Court

I; Am 100% disabled, and I'm suffering both disability based, and racially-based discrimination, and suffering from retaliation for filing grievances.

Staff here will stop this Letter head.

I' Am trying to seek Rehabilitation, and the San Bernardino Sheriffs Department does not make any accommodation for the inmates it houses unless they are in wheel chair's. Civil Rights Act of 1964, 42 U.S.C. § 2000a et seq.(1964) "Theres need for (E.E.O.C) to enforce provisions." I; am held in the isolation cells, because I' had a 2" inch blade made, of a plastic spoon, and half inch blade used to sharpen pensils." The settlement terms are correct, and justified. Other inmates had these same blades, but not punished." We dont get to come out of the cells officers are so oppressive, and Reprisal based its not real, I' have a Metal Hip replacement, and I' have eye disease glaucoma, and are going blind, and need accommodations, but none are given here at the old jail.

The settlement notice states to request a copy, but staff wont bring the request even thou it is right outside the 3# isolation cells by the phones, and we are kept away from the Kiosk grievance machines, and all other inmates as if we are deadly killers." I'm here for 15 days." Once I' was placed in this 3# man unit they stoped the 30" minute Tier time in the small walk way." This is an old constitutional practice that should →

Mr. Ivan Terrance Sapp BK#: 1804300174. CDC# T 14571 →

be declared unfit." The jail is so old that the fecal or feeces running from cell*1 comes into my cell under the old floor. "Staff dont clean this unit until inmates complaining. Most dont say anything in fear of Retaliation."

I also have been seeking rehabilitation services and the programs are all on the unit housing windows, but none, of the deputies, and a Sgt. Helmlick that answered a grievance will provide the Settlement Notice of the Courts Ruling.

Topete v. County of San Bernardino C.D. Cal No. 5:16-CV-00355 VAP (DTB)).

My eye glasses were taken the night I was placed here." The Americans with Disabilities Act (ADA) is violated and we are being silenced right as we speak" Deputies involved.... Cortes Cane Brown M. Brown Cordova others.

I have lack of way to file, or do anything to protect myself while vision impaired etc... Lack of grievance access. I was lucky another inmate gave me notice.

I look forward to your reply, and full knowledge if possible that this process / proclamation was received word for word due to the cruelty, and unusual punishments we suffer on nearly all levels even mail.

Cruel and inhuman treatment... I declare under the penalty of perjury that the forgoing is true and correct for relief. please construe this pleading

Mr. [signature]

BK*1804300174 CDC*T-14571

Complainant pro-se

From: Ivan Terrance Sapp BK#No: 1804300174
Central Detention Center Restrictive Housing cell #2
630 E. Rialto Ave.
San Bernardino CA. 92415

VAP




To: The Clerk of the U.S.
District Court the Central District
1st Street Court House
350 West 1st. Street
Los Angeles, CA. 90012

RECEIVED
CLERK, U.S. DISTRICT CO.
AUG 27 2018

Confidential Legal Mail
Sent on 8-22-2018.

9001234536 C058

August 3, 2019
Friday

"Topete v. County of San Bernardino
C.D. CAL. NO. 5:16-CV-00355 VAP (DTB)
Courtroom 8A

I am an Inmate Currently incarcerated in High Desert Detention Center, 9438 Commerce way Adelanto CA 92301, in San Bernardino County.

I have Been incarcerated Since January 2014, Until Now. My Comments On This Case, is That I agree with everything in This Lawsuit. All inmates have have Our 8th and 14th Amendment violated. finally Justice is Being Done for Us human Beings, while incarcerated.

Thank You, The Court for The privilege and for Taking Time To read This letter. Have A Nice day.

Sincerely,
Mario S.

M/ Mario C. Pedano [illegible]4013000[illegible]
+IDDC 5/E/9
9438 Commerce Way
Adelanto CA.
92301

SN BERNARDINO CA 924
20 AUG 2018 PM 5 L




VAP

Legal Mail!!!
Legal Mail!!!

Clerk of The Court
Courtroom 8A
United States District Court
Central District of California
First Street Courthouse
350 West 1st St.
Los Angeles C.A.
90012

CLERK U.S. DISTRICT COURT
AUG 22 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

90012-453699

PAGE 1

RECEIVED
SEP 25 2018

ATTN: COUNTY CLERK

SEPT. 6TH 2018

FROM: KYLE McSHANE #1707370923 05-E-08
HIGH DESERT DETENTION FACILITY
9438 COMMERCE WAY
ADELANTO, CA, 92301-3949
(SAN BERNARDINO COUNTY, CA, USA)

IN REGARDS TO THE CLAIM (ANY / ALL) FILED:
"TOPETE V. COUNTY OF SAN BERNARDINO"
CASE #: 5:16-CV-00355 VAP (DTB)
NEXT COURT HEARING: OCT. 29TH, 2018 @ 2:00 pm

RESPECTFULLY PLEASE ADD MY NAME TO THE ABOVE MENTIONED COMPLAINT.
I RECENTLY FILED ON AUG. 21ST 2018
# G 371808-0012695 A SIMILAR GRIEVANCE

THANK YOU

SIGNED :
DATE :

PLEASE ADD THE FOLLOWING INDIVIDUALS NAMES
PAUL G. SKILL #1808340052 # G371809-0012759
DANIEL SPAULDING #1808341729
JOSEPH B. MARTINEZ JR #1808371259

ATTN. COURT CLERK SEPT. 6TH 2018

FROM: PAUL G SKILL #1808340052 05-E-06
GRIEVANCE # G371809-0012759
HOUSED: HIGH DESERT DETENTION FACILITY
9438 COMMERCE WAY
ADELANTO, CA. 92301-3949

I AM WRITING IN REGARDS TO THE CLAIM FILED
"TOPETE V. COUNTY OF SAN BERNARDINO"
CASE# 5:16-CV-00355 VAP (DTB)
COURT HEARING - OCT. 29TH 2018 @ 2:00 pm

PLEASE ADD MY NAME TO THE ABOVE
MENTIONED COMPLAINT.
ON SEPT. 02, 2018 I FILED A SIMILAR
GRIEVANCE # G371809-0012759 TO:
STAFF ATTORNEY, ALEXIS HOFFMAN
PRISON LAW OFFICE, 1917 5TH STREET
BERKLEY, CA. 94710

THANK YOU

SIGNED: Paul Skill

DATE: SEPT. 6TH 2018

ALSO PLEASE ADD THE FOLLOWING:
DANIEL SPAULDING #1808341729
KYLE MCSHANE #1707370923 #G371808-0012695

RESPECTFULLY
THANK YOU

PAUL G SKILL #1808340052
HIGH DESERT DETENTION CENTER
9438 COMMERCE WAY, 05-E-06
ADELANTO, CA. 92301-3949

SAN BERNARDINO CA 924
10 SEP 2018 PM 4 L




RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 12 2018

LEGAL MAIL

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
FIRST STREET COURTHOUSE
350 WEST 1ST STREET
LOS ANGELES, CALIFORNIA 90012

90012-453699

KYLE McSHANE #1707370923
HIGH DESERT DETENTION CENTER
9438 COMMERCE WAY 05-E-08
ADELANTO, CA 92301-3949

SN BERNARDINO CA 924
10 SEP 2018 PM 1




RECEIVED
CLERK U.S. DISTRICT COURT
SEP 12 2018

LEGAL MAIL

JAP

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FIRST STREET COURTHOUSE
CENTRAL DISTRICT OF CALIFORNIA
350 WEST. 1ST STREET
LOS ANGELES, CALIFORNIA 90012

90012-453699

Topete v. County of San Bernardino Case No 5:16-cv-00355 VAP(DTB) - Request/motion/file to: Petition the Court (all-parties) to consider comments addressed to remedial plan for San Bernardino jails. Compiled by Edward Szajlai Bk# 1805343029 LA county booking # 5109923 8-23-18

SEP 07 2018

> Electronic kiosk requests - Would like the writing countdown timer removed or put in an isolated window request that does not interfere with user typing by constantly deleting information (what you just typed out) and forcing you to retype your message, Please fix this annoying "software bug". Also there are software glitches through out the system, such as Commissary end of shopping add-ons and deletion Automatic screen cut offs, Sometimes software gets "dog chasing its tail" access/pass code multiple log ins required, and still fails to log in, Other intermittant "gremlins" show up from time to time. Please keep/allow a paperwork redundancy system in place also, for backup system in case of malfunctions.

> chaplins - There are no Chaplins - evangelistic preaching presence in the JBCT (Judicial Based Competancy Training) in the Unit 34 octogon building. Take care of GOD's work HE'll take care of you. The sheriff dept policies are hindering my 1st amendment rights.

> inmate intake - You (deputies-staff) need to let inmates know that they must separate their important paperwork and keep it with them. A deputy processor was told that I needed to go through my bag to get out case paperwork etc. (This was a jail to jail transfer - not street to jail) I was not given an oppartunity and told (lied to) that I would have an oppourtunity later. Only to deal with deputy indiference and stonewalling excuses why I could no longer access my inmate property bag with important paperwork, which nearly led to me losing my case, I do not take what was done lightly at all, I have limited oppourtunities to get things done, through no fault of my own, You attorneys and courts are to blame for this! because you don't want to do your job-responsibilities Please don't be a government beauracrat and act professional the yo

Number: 1805342136
Name: TARVEDYAN, ARMEN
Location: **34**
**2D**
**07**

Printed: 07/30/2018 05:14:41 AM
Filled: 07/30/2018 05:20:31 AM

# Decafe Only!

| Qty | Item # | Item Name | Price | Sub | Rej |
|---|---|---|---|---|---|
| **--- Zone 1 ---** | | | | | |
| 1 | 4015 | RAMEN CHILI | 1.19 | 1.19 | |
| 0 | 3054 | MAXWELL HOUSE BAG | 6.49 | 0.00 | R |
| 0 | 3260 | COFFEE PREMIUM 3Z MAXIMA | 4.79 | 0.00 | R |
| 1 | 7038 | PINOCHLE CARDS | 2.99 | 2.99 | |
| 1 | 8269 | ORANGECANVAS SZ10 | 13.99 | 13.99 | |
| 1 | 3458 | A&W ROOT BEER SINGLES BOX | 3.09 | 3.09 | |

Do Not pull Maxwell or Maxima - SL

Reject Key: A = Max Order Amount, B = Insufficient Funds, C = Category Qty Per Order, D = Category $ Per Order, F = Item Not Found, I = Indigent Only, L = Order Limit, M = Combined Limit, O = Out Of Stock, P = Items Per Period, R = Restricted Item, W = Category Weekly Limit

4 Total Items

Zones:
**1**

| | |
|---|---|
| Beginning: | $ 36.31 |
| Subtotal: | $ 21.26 |
| Tax: | $ 1.36 |
| Total: | $ 22.62 |
| Ending: | $ 13.69 |

Delivery Signature

Signature

Print Batch # 2047
Page 416 of 693

• court telephone systems - (I can only speak for Airport LA courthouse) However I know other court houses are in poor shape also. The inmate to court collect call system needs addressing. There seems to be a narrow "window" in the morning 6:00-6:30 Am to 7:30-7:45 Am to reach court personel. Even this is hit and miss and mostly misses. There are no oppourtunities to leave messages. And if you do leave one for the phone responder usually nothing becomes of it. Other wise for the rest of the day it just rings & rings then cuts off. Please keep in mind some inmate housing locations do not let you out that early in the morning if at all. The phone operators are not always clued in into giving/retrieving important information. At least the letter system some what works.

• Catch 22 replies - When I request Writ of Habeas Corpus on the electronic request kiosk or other legal material I usually get some type of catch 22/neutralization reply (were working on it, so and so is going to do it etc)/throwing a verbal reply bone to naw on. Just like a pacifier will keep a baby from crying - its still not breast milk. For instance when making a request for "Writ of Habeas Corpus" forms - the reply tells me to go to Law Library - I can't go to the Law Library unless - I have Pro Per status - Civil Rights action case filed under 42 U.S.C. - or a Writ of Habeas Corpus »accepted« by the court - catch 22 - please see kiosk history for verification BK# account 1805343029 - 4088 pass code. And why do I need a Writ of Habeas Corpus simple It's now been 11 months just dealing with a misguided PC-1368 Doubt motion. This problem/situation is the same for both LA County jails and San Bernardino County jails

> legal logistics - If your attorney is screwing up knowingly or unknowingly its nice to be able to access a penal code book or other legal material to help with the leg work/layout of your case. You can't possibly expect your lawyer to know every detail about how your case/charge etc went down. It helps to have tools available to be on the same page. It will save court/attorney time, headache, frustration etc. Ive seen all to often simple things that have gone horribly a-rye - and it never should have happened. And people complain about over loaded courts - basically there is a cause and effect. Your refusal/neglect is costing you dearly. they bind up heavy loads on people, and they themselves are not willing to lift a single finger (though it be with in their power to do so) quote about Jesus talking about the

Order #: 361343
Number: 1712340817
Name: BREALT, JARED PHILIP
Location: **34**
**2D**
**12**

**Decafe Only!**

Facility: San Bernardino COMMISSARY
Printed: 08/07/2018 05:42:14 AM
Filled: 08/07/2018 05:47:07 AM

| Qty | Item # | Item Name | Price | Sub | Rej |
|---|---|---|---|---|---|
| | | **--- Zone 1 ---** | | | |
| 1 | 3063 | BOSTON BEST DECAF 3Z | 4.19 | 4.19 | |
| 1 | 3221 | SWISS MISS COCOA | 0.59 | 0.59 | |

| Qty | Item # | Item Name | Price | Sub | Rej |
|---|---|---|---|---|---|

Reject Key: A = Max Order Amount, B = Insufficient Funds, C = Category Qty Per Order, D = Category $ Per Order, F = Item Not Found, I = Indigent Only, L = Order Limit, M = Combined Limit, O = Out Of Stock, P = Items Per Period, R = Restricted Item, W = Category Weekly Limit

2 Total Items

Zones:

**1**

Beginning: $ 4.81
Subtotal: $ 4.78
Tax: $ 0.00
Total: $ 4.78
Ending: $ 0.03

Delivery Signature

Signature

Print Batch #: 2095
Page 702 of 1227

scribes, pharisees, religious leaders etc. I can't even get a simple copy of my own police report from my attorney. They will read it to you, but thats about it.

misc info - The attitudes of City leaders outlined from newspaper articles from the San Bernardino Sun sbsun.com this is just an "appetizer" amount listed conduct your own net search.

6-6-18 - "Incumbent Ramos trails early" - Talks about the ill-fated Colonies (Real Estate Developers) corruption case - alleged bribery over law-suit settlement - lasted 6 years - defendants maintained innocence - case backfired now City/County/DA now face major lawsuit based on malicious prosecution.

8-3-18 "Claims filed over Colonies charges" John Dino Defazio alledges malicious prosecution retaliation by DA in corruption case - said he was targeted because he refused to play DA "puppet" "rat" "snitch" etc. politically motivated

7-24-18 "Lawyers accused of dirty tricks will settle" - Upland based pro police law firm Lackie Dammeier McGill & Ethir used macavellian tactics to manipulate elected officials - setups & peer pressure style blackmailing - multiple bullying allegations - eye opening forensic audit of Peace Officers Research Association of California - the reason it has "Research" in the name is for tax purposes.

7-29-18 "Deal won't settle wider concerns on "playbook" " More info about previous article about - police officials had used to muscle political opponents into submission

6-17-18 " Stop California cities code rip-off. drama of nuisance prosecutions Some type of lawyer subcontractor that "chameleons" into a private law firm gestapo

8-5-18 - "Bill would fix glaring conflicts of interest" conflict of interests between sheriff - coroner system - conflicts of interest and scandals, civil liberty dilemma

7-12-18 " Civil rights groups demand ouster of prosecutor for vile social media rants" San Bernandino - DA venting frustrations about alleged undesirables in society

7-14 or 15-18 " Video shows cops using coin flip to decide motorist's arrest" Law Enforcement - Nation World section small article.

8-17-18 " Competing for biggest state pension scam" commentary on pension "fallout"

7-13-18 " Police say they made "error" in arresting Stormy Daniels Law enforcement - Nation world section small article - porn star was arrested and accused of illegally rubbing undercover police officers faces against her bare breasts during a performance at an Ohio strip club, Prosecutors dropped charges.

Misc - Apparently the "Inland Empire" has had corrupt city officials and DA - Mike Ramos "Captain Cleanup" may/may not have made misguided attempts to "clean up" One such example is the city of Beaumont 10 fwy/60 fwy intersect, had a corruption scandal - where the feds came in and cleaned the place up, For the indignation of the LORD is upon all nations, and His fury upon all their armies.... Isaiah 34:2

Order #: 361343
Number: 1712340817
Name: BREALT, JARED PHILIP
Location: **34**
**2D**
**12**

Facility: San Bernardino COMMISSARY
Printed: 08/07/2018 05:42:14 AM
Filled: 08/07/2018 05:47:07 AM

Decafe Only!

| Qty | Item # | Item Name | Price | Sub | Rej | Qty | Item # | Item Name | Price | Sub | Rej |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **--- Zone 1 ---** | | | | | | | | | | | |
| 1 | 3063 | BOSTON BEST DECAF 3Z | 4.19 | 4.19 | | | | | | | |
| 1 | 3221 | SWISS MISS COCOA | 0.59 | 0.59 | | | | | | | |

Reject Key: A = Max Order Amount, B = Insufficient Funds, C = Category Qty Per Order, D = Category $ Per Order, F = Item Not Found, I = Indigent Only, L = Order Limit, M = Combined Limit, O = Out Of Stock, P = Items Per Period, R = Restricted Item, W = Category Weekly Limit

2 Total Items

Zones:

**1**

Beginning: $ 4.81

Subtotal: $ 4.78

Tax: $ 0.00

Total: $ 4.78

Ending: $ 0.03

Delivery Signature

Signature

Print Batch #: 2095

Edward Szajlai
BK# 1805343029-34-2D-05
West Valley Detention Center
9500 Etiwanda Ave
Rancho Cucamonga CA 91739




VAP

Clerk of the Court
United States District Court
Central District of California
First Street Courthouse
350 West 1st street
Los Angeles CA 90012

AUG 30 2018

9001284536 C058

Thomas, Melinda [illegible] WVDC Unit 9C [illegible]
9500 Etiwanda Ave Rancho Cucamonga CA 91739

Topete V. County of San Bernardino, C.D. Cal. No. 5:16-cv-00355 VAP (DTB)

My name is Melinda Thomas, I am housed at West Valley detention Center, Unit 9C Cell 12 up. I am still fighting a case FVI17002906 in which I am, and have been illegally detained.

I have requested several times for the full Civil Case Topete V. County of San Bernardino) and have yet been given a complete copy to read.

I am not in agreeance with the settlement, how it is being handled (supervision?) or with the ongoing mistreatment of me and my fellow inmates.

I have been a Pro Per Litigant for the majority of my case - I am trying to file a Unlimited Civil Lawsuit (proper) and have no access to a law library. I even tried to get Judge Hutson V5 Victorville Superior Court to order it and again was denied. This is a huge violation of my rights. I cannot cite case law. No research of any kind, I am a lay person and I have no family or friends that can help me. How am I to file or even attempt to file what needs to be filed if West Valley is denying me my Rights.

The units do not have access to feminin Hygine Products or Toilet Paper. There have been Multiple times I have been denied Pads and have had to wait almost a full two days to get any. I am also indigent and can never get a fish kit with soap. Other women are also treated the same way.

Our Regular Housing deputies are Male deputies. On Aug 18 late night staff (Male deputies) walked while I was in the shower. At no point did he announce Male walking. I told the dept I was showering and He still proceeded and told me to "Cover Up"!

The same thing happened the following day. The Male dept made no announcement and I was in the shower. The Male depts do Not announce "walking" Nor do they Care when a woman is showering the proceed anyways.

I dont feel that it is right that our regular Housing Staff is Male, and that we are constantly subjected to Males while showering or changing. I am a victim of Sexual assualt and I no longer feel comfortable showering.

On Aug 21st a Inmate (Juanita Marie Guzman) was given the wrong Psychotropic Medicin, she was vomiting, hallucinating, she became parinoid and ended up on suicide watch. The LVN's often dont give medications causing extrem side effects. Kiesha Renee Smith has gone 2 days, so far, without her Medication and is unable to sleep. She is becoming anxous and parinoid. We are unable to consule or help and when we tell staff they tell us to inmate request the problem.

On Aug 23rd early morning Cell 13 one of the inmates Sara Sarapano, was attacked in her sleep by her bunkie The inmate that attacked her has been

thomas [illegible]
9500 Etiwanda Ave. Rancho Cucamonga CA 91739

Topete V. County of San Bernardino, C.D. Cal, No. 5:16-CV-00355VAP (DTB)

here Several times before, and has tried attacking her other bunkies. The inmate is an ongoing threat and tried attacking Someone in the dayroom In which multiple Inmates were left to try and defuse the Hostile Situation. When staff was told they admitted She was E.O.P. Yet they refuse to move her. There are Multiple Females housed in General Population when they Should be Seperated and Housed in FOP. This is a constant threat to my Safty and wellbeing.

Then there is the treatment of the working inmates in Laundry. S+F Bailey and Rainer are constantly telling the women that they are nothing- belittling them depriving them Feminine Hygine Products and toilet paper. They tell inmates they are a "waste of space" and that "back in the day, the people would have eliminated people like you" The daily routine is constant humiliating and Verbal abuse. They are denied any kind of breaks, no ice, 6 squares of toilet paper per restroom use, One pad DAILY, not allowed to sit from the hours of 1030-3pm and constantly have the staff yelling in their face. Inmate Elizabeth Swenson and Clarissa Inocencio were writen up On 8-8-18 because they informed one of the dept Rancherious, of the treatment of her and her fellow inmates/workers. Bailey wrote it down as "Party Strike or Majure disturbance" and tried giving the Inmates 30 days of lock down and 120 extra days

to their Sentence.

I was reprimanded back into Custody illegally, I had violated No Law, My bail was raised and my attorney turned over all my Emails between us and my investigaters file to D.A. Roth and judge Hutson - I was taken into custody for threatening my attorny "Shaw" with the BAR assosiation.

Upon arriving to Adelanto Holding facility I was Stripped Searched, Yet I did nothing to be taken into Custody,

When I was transferd to West Valley I was left Shackled in the holding tank, no restrooms, freezing Cold for hours. This is Always how we are treated when we go out to Court. We are up at 4am Chained and left by 430 then Transported around 7-7:30 ish.

Thank you for your time

Melinda Thomas 1807370841
9c12up West Valley detention Center

M Thomas 1807370811
W.V.D.C 9c12
9500 Etiwanda Ave
R.C. CA 917..

VAP




RECEIVED
CLERK, U.S. DISTRICT
2 7 2018
CENTRAL D...
BY

Legal Mail

Dept Clerk
United States District Court
Central District of California
First Street Court House
350 West 1st Street
Los Angeles CA
90012

90012$4536 C058

…re V. County of San Bernardino C.D. Cal. No. 5:16-CV-00355(VAP) (NTB)

July 30th, 2018

After morning meds, 9:30am, I asked the dept that was doing her walk through and log for sanitary pads. I have not had access to them for the past 2 days. She told me yes; she'd get them for me.

At approx 1130am pads were dropped off at the front gate and only one inmate was allowed to get some. I pressed the button in my cell and asked for pads. I was denied. I had even waited until after lunch to ask when "Ms Cabrera" the dept in the bubble was too busy. Even though I am on my cycle and have not had any access to them within the last 48 hours.

It is degrading and inhumane treatment. I feel as though this is Retaliation as well due to the Fact the Dept "Cabrera", a few years prior, hand cuffed me and beat me up while I was in ad-Seg.

I do not feel this settlement is fair and due to the cruel and unusual punishment I have to endure and am forced to suffer I believe there should be consequences as well as monetary payments. I am denied my Constitutional Rights and denied basic female hygenic needs by way of humiliation.

Thank You for Your time

M. Thomas 18C73708411
W.V.D.C 9D2
9500 Etiwanda Ave
R.C. CA 91739

SANTA ANA CA 926
01 AUG 2018 PM 8 L




Legal Mail -

VAP
Clerk of the Court
United States Dist. Court
Central Dis. of CA.
First Street courthouse
350 W. 1st St
LA CA 90012

90012-453699

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 3 2018

5:16-CV-00355-VAP-DTB

1st

IN REGARDS TO THE TORETE V. SAN BERNARDINO COUNTY WEST VALLEY DETENTION CENTER, RANCHO CUCAMONGA, CA I'D LIKE TO ENTER THIS LETTER AS A LEGAL DOCUMENT TO CASE # 5:16-CV-00355 VAP(DTB). MY COMPLAINT IS IN REGARD TO MISTREATMENT OF ACCORDING TO THE (ADA) AMERICANS W/DISABILITIES ACT, IT IS MY LEGAL RIGHT TO MEDICAL TREATMENT WHILE INCARCERATED.

ON ~~JU~~ AUGUST 3RD MY ACCUCHECK WAS NOT ONLY NEGLECTED IT WAS FORGOTTEN WITH NO AKNOWLEDGEMENT WHAT SO EVER. IM TYPE 2 DIABETIC REQUIREING 2 INSULIN SHOTS PLUS SUGAR TEST BEFORE EVERY MEAL, DENIAL OF THOSE COULD BE VERY DETRIMENTAL TO MY HEALTH EVEN RISKING DIABETIC SHOCK.

I ALSO HAVE NOT RECIEVED MY DIABETIC SNACK THAT IS MEDICALLY MANDATED FOR ME ALSO IN ACCORDANCE W/THE (ADA).

THIS IS MY HEALTH AT RISK AND I'D LIKE TO SEE HOW MUCH MORE OF MY MEDICAL RIGHTS HAVE BEEN VIOLATED AND MY LIFE AT RISK.

Robert Uribe

Robert URIBE
171134173 8 w/V/D/C
9500 N, Etiwanda Ave
Rancho Cucamonga CA 91739

SANTA ANA CA 926
08 AUG 2018 PM 10 L


FOREVER
USA

Clerk of the Court
Unieted States Distric Court
Central District OF California
350, west 1st St.
Los Angeles CA 90012

Legal Mail

90004-593401

5:16-CV-[illegible] VAP-DTB

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge Patrick J. Walsh

From: J. Roper, Deputy Clerk Date Received: 7/31/2018

Case No.: EDCV16-00355-VAP (DTBx) Case Title: George Topete and Zachery Shovey v. County of San Bernard.

Document Entitled: "To Whom it May Concern" [Letter]

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 Documents must be filed electronically
- ☐ Local Rule 6-1 Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 Document not legible
- ☐ Local Rule 11-3.8 Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 No copy provided for judge
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☑ Local Rule 83-2.5 No letters to the judge
- ☐ Fed. R. Civ. P. 5 No proof of service attached to document(s)
- ☑ Other: Auther, Tony Valdez, requests appointment of counsel. Mr. Valdez is not a party to this action.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date ______________ U.S. District Judge / U.S. Magistrate Judge ______________

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

Date 8/16/18 U.S. District Judge / U.S. Magistrate Judge Patrick J. Walsh

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE COPY 2 -JUDGE COPY 3 -SIGNED & RETURNED TO FILER COPY 4 -FILER RECEIPT

July 24th 2018

(TODETE v. County of San Bernardino)
Case # 5:16-CV-00355 VAP(DTB)

7.24.18

TO WHOM it MAY CONCERN, MY NAME TONY VALDEZ. THis Morning ON July 24th 2018 THE STAFF AT WEST VALLEY DETENTION CENTER posted A Notice of A class Action LAWSUIT that's Going ON. TWO MONTHS AGO I WAS MOVED to tHE INMATE WORKER DORM, AND After ABOUT 2 WEEKS I slipped and FELL AND SUFFERED TWO BROKEN RIBS. THE CAUSE of MY accident WAS DUE TO A Black out apparently I DON'T remember I JUST CAME TO ON THE FLOOR I WAS ordered to continue to work for 8 MORE DAYS I COMPLAINED DAILY with Bruising ON MY BODY I fell again and WHEN THE WEST VALLEY STAFF took ME to ARROWHEAD Hospital. I was then X-RAYED ON that trip to the Hospital where I was told X-RAYS SHOWED two fractured RIBS. AT this time I was then sent Back to GENERAL POPULATION Housing and not ordered to continue working for minimum, illegal, wages of .25¢ per Day, ridiculous wages and unheard of in the United States of America. Jailhouse inmate or not. This is the U.S.A and FAIR wages and Human Rights

should be addressed on these illegal working conditions I need for your team of Lawyers to Have an Attorney come visit me or write to me with my rights on addressing this urgent matter. I'm due to be released Sept 4th 2018 and would appreciate you addressing so I don't Have to seek attorney council personally when I get out. Due to my Lack of funding to get proper Attorneys that can go up to speak for my serious matter that happened while on the grounds of the West Valley Detention center.
Thank you for your immediate response on this urgent matter

Sincerely,

Tony Valdez
BK #1802342448/8F#26
July 24th 2018

ONY VALDEZ#1802342448#8F#26
WEST VALLEY DETENTION CENTER
1500 ETIWANDA
RANCHO CU. CALIFORNIA
91739




CLERK, U.S. DIS
JUL 31 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

DTB

Clerk of Court
350 West 1st Stree
Los Angeles, Californi
90012

Case: No. [illegible]

SCANNED

(Topete V. County Of San Bernardino)

To Whom This May Concern,

My Name Is Juanita M. Guzman BK# 1807340903. I Am Writing Regarding The Fairness Of the Settlement (Topete v. County Of San Bernardino). Case No. 5:16-Cv-00355 (VAP) (DTB).

I've been Noticing The Unsanitary living. We Are Given Soiled Blood Stained Underwear, limited Cleaning Supplies, Exchange Of Blankets Once A Month. The Showers Smell Of Mildew and Slime and Continue to flood. A Person With Open Cuts Or Open Wounds Are Prone to diseases.

As far As Medical & Dental I feel it is Unfair to be Charged $3.00 for every Question. And Only to have Teeth Pulled Nothing else. No Fills Or Cleaning.

I Don't feel It Is Appropriate to be Quarter tier being that No One Is able to Call home at 4:30 In the Morning. And be locked down 23 hours a day

Thank You for Your time

Juanita Guzman

Home Address:

Juanita Guzman

[redacted]

Topete V.S County of San Bernardino

July 25, 2018

To whom this may concern, I Felicia Marie Villa d.o.b. 8/18/91 I am currently an inmate at West Valley Detention Center, BK# 1806370194, I am writing Reguarding the fairness of the settlement (Topete V.S. County of San Bernadino) Case# 5:16-CV-00355 (VAP) (DTB)! Due to Unsanitary shower, and lack chemicals to clean & Prevent flooding & molue! Also Soiled stained underwear that can spread disease! Also Medical issues on meds not on time sometimes skipped in afternoon, also the fact we are being charged $3.00 for every medical ques tion we have, let alone just to be seen in person at bar gate dentist only Recommends pulling healthy teeth when only feeling are needed. We are entitled hair care to maintain of hyg [illegible]

[redacted]

My Release Date is 08/19/01

I've been here since June and
barely last week we were
able to program more than
3 hrs a day and Rarely
do we get outside wreck.
Also given dayroom at 4:30am
to program where no way
anyone is awake to answer
phone calls, and our welfare
Kits consist of no washcloth,
One soap, 1 toothbrush 3 envelopes
3 pieces of paper and 1/2 the
time no Razorblade to shave
cut or trim our own hair since
we don't have proper hygiene.
Unsanitary cleaning for our cells
Once a month which is not healthy
when we only get one time to
clean our cell Room, Can't have
bleach for our room, toilet, showers
Our vents are blowing dust all
[illegible] out day & night! Our
Room walls consist blood body
fluid, junk on walls! lack of church
& Religious services also NA / AA!
Lack of Recreational Service. THANK YOU
Signed [signature]

Felicia Marie Villa #Booking 18062[illegible]
W.V.D.C. 9-C-7
9500 Etiwanda Ave
Rancho Cucamonga, Ca
91739




RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 30 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

Clerk of Court
United States District Court
Central District of California
First Street Courthouse
350 West 1st Street
Los Angeles Ca 90012

90012$4536 C058

Aug. 28 -2018

(Topete v. County of San Bernardino) (Case No. 5:16-CV 00355 vap (DTB)
United States District Court

I Sarah Warren Am house in a San Bernardino County Jail. I have been telling medical staff that I dont feel right for a while now. I had two small bumps, and my toes have been going numb, AND All these symptoms going on with me. And sent for a X-RAY. I knew that I had some type of infection going on, Cause I have never had anything wrong. On Aug. 27, 2018 I showed my peer mates a small bump under my Buttocks on the left side, Next Day it was like a tennis ball and getting bigger. It was very hot and I begin to feel achy all over. The inmates I am housed with call the Deputy on Mrs. Leatherman, And she came to look at it, took my vitals and told me the nurse on had advised her that if it was to pop let her know. I

the Nurse to look at it and take my vitals. She advised me she had extensive medical training and that it wasn't bad. But she would take my vitals again herself. But she never did, and for that matter, walked past me hour after hour not saying a word. I asked Mrs Leatherman for the Nurses name and she explained well they change all the time.

The Sergeant on at the time, was made aware of what was gonna go on, but still nothing all day long. I started having problems breathing and nueseus, and dizzy. The inmates began yelling for the Deputies. I am very hard of hearing. And can't hear really at all unless looking at someones lips. So I all but gave up trying to tell Mrs. Leatherman, as she flys by doing rounds.

Deputy Tunner & Deputy Leatherman came to my cell. Deputy Tunner went and talk to the Nurse for

nurse. They all seemed to act as if I was making more of what was going on with me. Except Mrs. Tunner who did her job. If it wasn't for Deputy Tunner I don't think I would have every been seen on Aug 28, 18. Deputy leatherman kept trying to explain her reasoning, saying it didn't look bad, I said I ask (h)im if it looked like Staph, cause I didn't want to infect anyone. She said she explained it to the Nurse on & was told for me to let them know if it pops. Medical never came to look at me all day. Only after making a big deal about it, was I taken to them.

I seen a Doctor here, cause I had all this crazy stuff going on with me, All I got was a X-Ray of my neck. The doctor is also the one who said my 2 bumps weren't a big deal. The nurse on at the time of my visit, looked as

hand Santifier and Sent me off with Medication, and Wound cared. Tonight I was givin the Same medication. So I believe I've had this going on for awhile, AND Should have had a follow up on it the first time it happened. I have been incarserated since May 4, 2018, and have Never in my life had any kind of infection except for my ears. Now I have STAPh, I feel Since IM a INMATE that Medical and Staff feel as if we are just trying to make there job harder, and complaining for nothing. There are Staff & medical that do there jobs. And IM very thankful for that. The ones who don't are the reason this has happened to Me. I also think that me being hearing impaired from Otto Sclerosis, That the Deputy (Mrs. Leatherman) thinks IM always Complaining. Which is very fusterating, Cause I don't complain unless Something is WRONG with me. I knew Something was wrong

change out all of my clothes and bedding & under clothes. Deputy Leatherman didn't want to deal with me & had a adutute. Saying I guess ~~$~~ I'll have to let the clothing lady Deputy A know. So thankfully a fill in Deputy did clothing exchange and was kind enough to do it for me & everyone else as well after I told her and showed her my wound. I tried at that time to ask Deputy Leatherman if she could tell the Deputy it was ok to exchange my items (which said I guess it's up to her. Thankfully she has a little better judgement.)

After my visit to the Nurse Deputy Leatherman, Now wanted to change my clothes asking (will that make you happy)

Handing me my pants, the waist is cut on both sides, which I was willing to except. Before handing them to me asking Is this gonna be a problem? I said I didn't really care if they were

#6

to have them exchanged.
Deputy Leatherman handed them back to the worker, having her bring another pair.
I have no idea why suddenly she cared so much about my pants. She didn't mind letting me sit around all day with Staph infection - But did make sure I put a request to Nurse.
I know this letter has miss spelled words AND misses Dates from earlier appointments. But in order to get those I gotta go through all kinds of request, AND I can't afford the run around if I am to get this to the Courts in time.
If maybe a laywer could come and speak with me.

Sarah Elizabeth Cantley
BK# 1805370069
Aug. 28, 2018

I have asked Deputies to log this
letter w/ there ... [illegible]

While the Staff & Medical are
way worst at West Valley
Detention Center
I am thankful to be AT C.D.C
and the Staff is 20 times better
the W.V.D.C
There are many good Staff here.
I feel bad About writing all
this. But if I stay quite it will
keep happening. AND while I do
this for myself, I also do it for
the Staff that does there job
So they don't have to heaven forbid
to this home to there loved ONES,
It Not fair to them either

Sarah Ealey BK#1805370009 1-W-8
630 E Rialto ST
San Bernardino 92415

VAP

Legal Mail

AUG 31 2018

(Topete v County of San Bernardino)

Clerk of Court
United States District Court
Central District of California
First Street Courthouse
350 West 1st ST Los Angeles CA 90012

90012$4536 C058