# PROPOSED SETTLEMENT OF CLASS ACTION REGARDING CONDITIONS IN SAN BERNARDINO COUNTY JAILS

*Topete v. County of San Bernardino*, C.D. Cal. No. 5:16—cv—00355 VAP

A proposed settlement has been reached in a federal civil rights class action lawsuit regarding certain conditions in the San Bernardino County Jails. The *Topete v. County of San Bernardino* class action lawsuit claims that prisoners in the Jails are subject to conditions that violate the Eighth and Fourteenth Amendments to the United States Constitution and that the Jails did not comply with the Americans with Disabilities Act.

The Court has preliminarily approved a settlement of this matter. The settlement is described in a document called the Consent Decree. Key terms of the settlement agreement include the following:

1. The County has agreed to a comprehensive Remedial Plan that requires the County to: (1) make sure that prisoners get the medical, dental and mental health care required by the Constitution (2) provide reasonable accommodations to prisoners with disabilities, (3) adopt a new use-of-force policy that will reduce the risk of violence, and (4) allow all prisoners a minimum of 24 hours per week out-of-cell time.

2. The Prison Law Office and experts selected jointly by the parties or appointed by the Court will monitor the County's compliance with the Remedial Plan.

3. The parties can bring any disputes about whether the County is complying with the Remedial Plan and the Consent Decree back to the Court.

        4. The County has agreed to pay Plaintiffs' counsel $350,000 for their work and $150,000 per year to monitor compliance with the Consent Decree.

This case does not seek money damages for the class and none will be awarded. The settlement does not affect your ability to sue for money damages or to petition for a writ of habeas corpus.

The lawyers for the prisoners are the Prison Law Office. If you have any questions about the settlement, you can write to the Prison Law Office, General Delivery, San Quentin, CA 94964.

Notice of the settlement was provided to all people confined in the county jails in August - September 2018. Some of these people wrote to the Court with comments about the settlement. The Court will consider these comments and also any further written or oral comments at a hearing. Written comments can be sent to the Clerk of the Court, United States Courthouse, 350 West First Street, Los Angeles and must include the case name and number (*Topete v. County of San Bernardino*, C.D. Cal. No. 5:16—cv—00355 VAP).

The hearing was originally scheduled for November 29, 2018 but has been rescheduled to **December 3, 2018 at 2:00 p.m.** at the same United States Courthouse in Los Angeles.