# ACUERDO DE SOLUCION PROPUESTO EN LA DEMANDA COLECTIVA SOBRE LAS CONDICIONES EN LAS CARCELES DEL CONDADO DE SAN BERNARDINO

*Topete v. County of San Bernardino*, C.D. Cal. No. 5:16—cv—00355 VAP

Un acuerdo de solución propuesto ha sido conseguido en la demanda colectiva federal por los derechos civiles sobre ciertas condiciones en las cárceles del condado de San Bernardino. La demanda colectiva *Topete v. County of San Bernardino* afirma que los presos en las cárceles son sujetos a condiciones que violan las enmiendas octava (8) y decimocuarta (14) de la Constitución de los Estados Unidos y que las cárceles no cumplen con los requisitos de la Ley sobre Estadounidenses con Discapacidades (Americans with Disabilities Act, ADA, en inglés).

La Corte ha aprobado preliminarmente un acuerdo en este caso. El acuerdo se describe en un documento denominado Decreto de Consentimiento (Consent Decree en inglés). Los términos clave del acuerdo incluyen lo siguiente:

1. El Condado ha aceptado un Plan de Remediación que requiere que el Condado: (1) se asegure de que los presos reciban la atención médica, dental y de salud mental que exige la Constitución, (2) proporcionen acomodaciones razonables para los presos con discapacidades, (3) adopten una nueva política de uso de la fuerza que reducirá el riesgo de violencia, y (4) permitirá a todos los presos un mínimo de 24 horas por semana fuera de la celda.

2. Prison Law Office y los expertos seleccionados conjuntamente por las partes o designados por la Corte supervisarán el cumplimiento del Condado con el Plan de Remediación.

3. Las partes pueden traer cualquier disputa sobre si el Condado está cumpliendo con el Plan de Remediación y el Decreto de Consentimiento de vuelta a la Corte.

4. El Condado acordó pagar a los abogados de los Demandantes $350,000 por su trabajo y $150,000 por año para supervisar el cumplimiento del Decreto de Consentimiento.

Este caso no busca daños monetarios para la clase y ninguno será otorgado. El acuerdo no afecta su capacidad para demandar por daños monetarios o para solicitar un recurso de habeas corpus.

Los abogados para los presos son Prison Law Office. Si tiene alguna pregunta sobre el acuerdo, puede escribir a Prison Law Office, General Delivery, San Quentin, CA 94964.

Notificación del acuerdo se proporcionó a todas las personas en las cárceles del condado en agosto-septiembre de 2018. Algunas de estas personas escribieron a la Corte con comentarios sobre el acuerdo. La Corte considerará estos comentarios y también cualquier otro comentario escrito u oral en una audiencia. Los comentarios escritos pueden ser enviados a Clerk of the Court, United States Courthouse, 350 West First Street, Los Angeles, CA 90012 y debe incluir el nombre del caso y el número (*Topete v. County of San Bernardino*, C.D. Cal. No. 5:16—cv—00355 VAP).

La audiencia estaba originalmente programada para el 29 de octubre de 2018, pero fue reprogramada para el **3 de diciembre de 2018 a las 2:00 p.m.** en el mismo juzgado de los Estados Unidos en Los Ángeles en la sala 8A.