UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | ED 16-cv-00355 VAP (DTBx) |
| Date | 12/3/2018 |
| Title | *Rashun Turner, et al v. County of San Bernardino* |

Present: The Honorable **VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Donald Specter | Martin H. Dodd |

**Proceedings:**
1. **JOINT MOTION FOR CLARIFICATION AND/OR MODIFICATION OF ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF CONSENT DECREE; [DOC. NO. 85]**
2. **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES; [DOC NO. 92]**
3. **JOINT MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT; [DOC NO. 97]**

Matter called. Counsel for the parties are present as referenced above. Court Issue's tentative ruling and invites oral argument of Counsel. The Court having heard from counsel, takes the matter under submission. Court to issue final order. Counsel shall submit proposed order re: consent decree.

**IT IS SO ORDERED.**