MARTIN H. DODD (104363)
mdodd@fddcm.com
JAMIE L. DUPREE (158105)
jdupree@fddcm.com
JAIME G. TOUCHSTONE (233187)
jtouchstone@fddcm.com
FUTTERMAN DUPREE DODD
CROLEY MAIER LLP
601 Montgomery St., Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

In Association with:
MILES KOWALSKI, Deputy County Counsel (257269)
Miles.Kowalski@cc.sbcounty.gov
MICHELLE BLAKEMORE, County Counsel (110474)
385 North Arrowhead Avenue, 4th Fl.
San Bernardino, CA 92415-0140
Telephone: (909) 387-5455
Facsimile: (909) 387-3070

*Attorneys for Defendant San Bernardino County*

DONALD SPECTER (83925)
(dspecter@prisonlaw.com)
MARGOT MENDELSON (268583)
(mmendelson@prisonlaw.com)
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621

*Attorneys for Plaintiffs Rahshun Turner, et al.*

FILED
CLERK, U.S. DISTRICT COURT
DEC 12, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| RASHUN TURNER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO,<br><br>Defendant. | Case No. 5:16-CV-00355-VAP (DTBx)<br><br>**ORDER GRANTING JOINT MOTION FOR CLARIFICATION AND/OR MODIFICATION OF ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF CONSENT DECREE AND NOTICE TO THE CLASS**<br><br>**District Court Judge Virginia A. Phillips**<br>**Magistrate Judge David T. Bristow** |

The Court having considered the parties' Joint Motion for Clarification and/or Modification of the Order Granting Joint Motion for Preliminary Approval of Consent Decree and Notice to the Class ("Motion for Clarification"), and good cause appearing, the Motion for Clarification is GRANTED.

The sentence set forth at page 23, lines 4-7 of the Order Granting Joint Motion for Preliminary Approval of Consent Decree and Notice to the Class (Doc. # 83), commencing with the word "Since" and ending with the words "preliminary approval" is hereby deleted and the following is substituted in its place:

> Since the proposed Consent Decree allows all existing and future class members to remain free to pursue individual claims against Defendant, the Court finds that this factor weighs in favor of granting preliminary approval.

IT IS SO ORDERED.

Dated: December 12, 2018

_____
Honorable Virginia A. Phillips United States District Judge

Futterman Dupree Dodd Croley Maier llp

2

[Proposed] Order Granting Joint Motion for Clarification, etc.
Case No. 5:16-cv-00355 VAP (DTBx)