1  DONALD SPECTER (83925)
   dspecter@prisonlaw.com
2  SOPHIE HART (321663)
   sophieh@prisonlaw.com
3  **PRISON LAW OFFICE**
   1917 Fifth Street
4  Berkeley, California 94710
   Telephone: (510) 280-2621
5  Facsimile: (510) 280-2704

6  *Attorneys for Plaintiffs*
   *On behalf of themselves and others*
7  *similarly situated*

   MARTIN H. DODD (104363)
   mdodd@fddcm.com
   JAMIE L. DUPREE (158105)
   jdupree@fddcm.com
   JAIME G. TOUCHSTONE (233187)
   jtouchstone@fddcm.com
   **FUTTERMAN DUPREE DODD**
   **CROLEY MAIER LLP**
   601 Montgomery St., Suite 333
   San Francisco, California 94111
   Telephone: (415) 399-3840
   Facsimile: (415) 399-3838

8  In Association with:
   MILES KOWALSKI, Deputy County
   Counsel (257269)
9  Miles.Kowalski@cc.sbcounty.gov
   MICHELLE BLAKEMORE, County Counsel
10 (110474)
   385 North Arrowhead Avenue, 4th Fl.
11 San Bernardino, CA 92415-0140
   Telephone: (909) 387-5455
12 Facsimile: (909) 387-3070

13 *Attorneys for Defendant*
   *San Bernardino County*

14

15          **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
16               **EASTERN DIVISION**

17  RAHSHUN TURNER, on behalf of          Case No. 5:16-CV-00355-VAP (DTBx)
18  themselves and all others similarly
    situated,                             **CLASS ACTION**
19         *Plaintiffs,*                  [~~Proposed~~] **ORDER RE**
                                          **MENTAL HEALTH STAFFING**
20  v.
                                          **District Court Judge Virginia A.**
21                                        **Phillips**
22  COUNTY OF SAN BERNARDINO,             **Magistrate Judge David T. Bristow**
           *Defendant.*
23

24

25

26

27

28

1    Pursuant to the stipulation of the parties and the Court's authority as set forth in

2  the Consent Decree (ECF No. 106), the Defendant shall take the following actions:

3    1.    The Sheriff's office shall use all reasonable means to recruit, hire and train

4  20 mental clinicians authorized by the San Bernardino County Board of Supervisors

5  (BOS) at its January 7, 2020 meeting.

6    2.    The Sheriff's office shall prioritize assigning these additional 20 mental

7  health clinicians to units with the most acute mental health needs.

8    3.    The Sheriff's office will provide and maintain sufficient correctional staff

9  to transport and escort inmates for mental health services in confidential settings, and to

10 provide direct security supervision in specialized mental health housing units during

11 programming and activity hours. The Sheriff's office will assign 30 deputies to mental

12 health services, in addition to the two deputies currently assigned to each mental health

13 housing unit for general security purposes.  The 30 additional deputies will be

14 reassigned to these duties as necessary as mental health staff are added.

15    4.    The Sheriff's office shall submit to the BOS during the Fiscal Year

16 2020/2021 budget process a proposal to fund the additional 39.81 mental health

17 positions, beginning July 1, 2020.

18    5.    Concurrently with the efforts to recruit, hire and train the 20 mental health

19 clinicians authorized in January 2020 and continuing thereafter, the Sheriff's office and

20 its contractor Liberty Health shall take all reasonable steps to recruit staff to fill the

21 proposed additional 39.81 mental health positions.  The Sheriff's office and Liberty

22 Health have as their goal recruiting and prospectively hiring staff to fill as many of the

23 additional positions as reasonably possible so that such staff are available to commence

24 work effective July 1, 2020 in the event the BOS approves the funding for such

25 positions.

26

27

28

2

6.      The Sheriff's office shall inform Plaintiffs' counsel no later than June 9, 2020, whether the proposal to fund the additional 39.81 mental health positions has been approved by the BOS.

7.      If the Sheriff's proposal for the additional 39.81 mental health positions is approved, the Sheriff's office and its contractor Liberty Health shall take all reasonable steps to ensure that staff members hired to fill such positions are onboarded, commence working and are trained as quickly as reasonably possible.

8.      If the Sheriff's proposal for the additional 39.81 mental health positions is not approved, Plaintiffs shall retain all rights set forth in the Consent Decree to enforce provisions of the Remedial Plan.

9.      The Sheriff's office retains all rights set forth in the Consent Decree to seek modification of the provisions of the Remedial Plan.

**IT IS SO ORDERED**.


Dated: February 20, 2020

Hon. Virginia A. Phillips
United States District Judge