JAMIE L. DUPREE (SBN: 158105)
Email: jdupree@fddcm.com
JAIME G. TOUCHSTONE (SBN: 233187)
Email: jtouchstone@fddcm.com
**FUTTERMAN DUPREE DODD CROLEY MAIER LLP**
601 Montgomery St., Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

In Association with:
MILES KOWALSKI (SBN: 257269)
Email: miles.kowalski@cc.sbcounty.gov
THOMAS BUNTON (SBN: 193560)
Email: tom.bunton@cc.sbcounty.gov
**SAN BERNARDINO COUNTY COUNSEL**
385 North Arrowhead Avenue, 4th Fl.
San Bernardino, CA 92415
Telephone: (909) 387-5455
Facsimile: (909) 387-3070

*Attorneys for Defendant*
County of San Bernardino

DONALD SPECTER (SBN: 83925)
dspecter@prisonlaw.com
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

*Attorneys for Plaintiffs*
Rahshun Turner, on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| RAHSHUN TURNER, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, <br><br> *Defendant.* | Case No.: 5:16-cv-00355-VAP-(DTBx) <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION REGARDING CONSENT DECREE** <br><br> <u>**CLASS ACTION**</u> |

Through a cooperative process, Plaintiffs and Defendant San Bernardino County filed a Joint Motion to Certify Class which was granted by the Court. (ECF No. 50). Also through a cooperative process, Plaintiffs and Defendant San Bernardino County submitted a proposed Consent Decree to the Court. On December 14, 2018, the Court approved that Consent Decree which required Defendant County of San Bernardino to comply with various measures designed to improve conditions in the San Bernardino County jails. Those measures are contained in a Remedial Plan, which is attached as an Appendix to the Consent Decree. (ECF Nos. 81-2, 106.) Generally, the Remedial Plan covers six separate areas: medical care, mental health care, dental care, use of force, restrictive housing, and disability issues.

Paragraph 33 of the Consent Decree provides that the Court shall retain jurisdiction to enforce the terms of the Consent Decree until Defendant fulfills its obligations under it. Paragraph 34 of the Consent Decree provides that the Consent Decree shall remain in effect for four years from the date it was entered by the Court, or until December 14, 2022. (ECF 106).

Without determining whether further monitoring of the San Bernardino County jails is or is not warranted under the Consent Decree, Plaintiffs and Defendant San Bernardino County wish to work cooperatively to discuss and negotiate a possible extension of monitoring. The parties anticipate such negotiations will be completed by March 15, 2023.

Accordingly, the parties, through their counsel of record, hereby stipulate and agree that the Consent Decree be modified and amended so that it remains in effect until March 15, 2023 (the "Extension Period"), with the possibility of a further subsequent extension, and that the Court retain jurisdiction to enforce the terms of this Consent Decree during that period. The parties further stipulate and agree that no court expert shall conduct a monitoring visit during the Extension Period. Except for the court experts' visits, the parties stipulate and agree that all other substantive provisions of the Consent Decree, including but not limited to Defendant's obligations under the

Remedial Plan, Plaintiffs' monitoring and access to information, and the dispute resolution process, shall remain in effect during the Extension Period.

**GOOD CAUSE SHOWN, PURSUANT TO STIPULATION, IT IS ORDERED**:

The Consent Decree (ECF 81-2, 106) is hereby modified and amended so that it shall remain in effect until March 15, 2023. During the Extension Period, no court expert shall conduct a monitoring visit.

11/28/22
_____
DATE

_____
HON. VIRGINA A. PHILLIPS
UNITED STATES DISTRICT JUDGE