| | |
|---|---|
| JAMIE L. DUPREE (158105)<br>jdupree@fddcm.com<br>JAIME G. TOUCHSTONE (233187)<br>jtouchstone@fddcm.com<br>**FUTTERMAN DUPREE DODD**<br>**CROLEY MAIER LLP**<br>601 Montgomery St., Suite 333<br>San Francisco, California 94111<br>Telephone: (415) 399-3840<br>Facsimile: (415) 399-3838<br><br>In Association with:<br>MILES KOWALSKI, Deputy County Counsel (257269)<br>Miles.Kowalski@cc.sbcounty.gov<br>TOM BUNTON, County Counsel (193560)<br>385 North Arrowhead Avenue, 4th Fl.<br>San Bernardino, CA 92415-0140<br>Telephone: (909) 387-5455<br>Facsimile: (909) 387-3070<br><br>*Attorneys for Defendant*<br>*San Bernardino County* | DONALD SPECTER (83925)<br>dspecter@prisonlaw.com<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704<br><br>*Attorneys for Plaintiffs*<br>*On behalf of themselves and others similarly situated* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| RAHSHUN TURNER, on behalf of themselves and all others similarly situated,<br>　　　　*Plaintiffs,*<br>v.<br>COUNTY OF SAN BERNARDINO,<br>　　　　*Defendant.* | Case No. 5:16-CV-00355-VAP (DTBx)<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING SECOND STIPULATION REGARDING CONSENT DECREE**<br><br>**District Court Judge Virginia A. Phillips**<br>**Magistrate Judge David T. Bristow** |

Through a cooperative process, Plaintiffs and Defendant San Bernardino County filed a Joint Motion to Certify Class which was granted by the Court. (ECF No. 50). Also through a cooperative process, Plaintiffs and Defendant San Bernardino County submitted a proposed Consent Decree to the Court. On December 14, 2018, the Court approved that Consent Decree which required Defendant County of San Bernardino to comply with various measures designed to improve conditions in the San Bernardino County jails. Those measures are contained in a Remedial Plan, which is attached as an Appendix to the Consent Decree. (ECF Nos. 81-2, 106.) Generally, the Remedial Plan covers six separate areas: medical care, mental health care, dental care, use of force, restrictive housing, and disability issues.

Paragraph 33 of the Consent Decree provides that the Court shall retain jurisdiction to enforce the terms of the Consent Decree until Defendant fulfills its obligations under it. Paragraph 34 of the Consent Decree provides that the Consent Decree shall remain in effect for four years from the date it was entered by the Court, or until December 14, 2022. (ECF 106).

Without determining whether further monitoring of the San Bernardino County jails is or is not warranted under the Consent Decree, Plaintiffs and Defendant San Bernardino County wish to work cooperatively to discuss and negotiate a possible extension of monitoring. The parties previously anticipated such negotiations would be completed by March 15, 2023.

Previously, the parties, through their counsel of record, stipulated and agreed that the Consent Decree could be modified and amended so that it remained in effect until March 15, 2023 (the "Extension Period"), with the possibility of a further subsequent extension, and that the Court would retain jurisdiction to enforce the terms of this Consent Decree during that period. The parties further stipulated and agreed that no court expert shall conduct a monitoring visit during the Extension Period. Except for the court experts' visits, the parties stipulated and agreed that all other substantive

provisions of the Consent Decree, including but not limited to Defendant's obligations under the Remedial Plan, Plaintiffs' monitoring and access to information, and the dispute resolution process, would remain in effect during the Extension Period. (ECF 118)

Pursuant to the parties' stipulation, on November 28, 2022, the Court ordered the Consent Decree modified and amended so that it remains in effect until March 15, 2023. (ECF 119).

The parties have conferred and require additional time to complete negotiations. The parties anticipate that such negotiations will be completed no later than May 15, 2023. Accordingly, the parties, through their counsel of record, hereby stipulate and agree that the prior Extension Period, as provided by the Court's Order (ECF 119), shall continue an additional two months and that the Consent Decree shall be further modified and amended so that it remains in effect until May 15, 2023. The parties further stipulate and agree that all other terms of the prior Extension Period shall remain in effect.

**GOOD CAUSE SHOWN, PURSUANT TO STIPULATION, IT IS ORDERED:**

The Consent Decree (ECF 81-2, 106) and its initial modification and amendment (ECF 119) are hereby modified and amended so that the Consent Decree shall remain in effect until May 15, 2023. During the Extension Period, no court expert shall conduct a monitoring visit.

Dated: 02/21/23

_____
United States District Judge